UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohamed John Akhar and LA Buca Restaurant, Inc.,
d/b/a Swing 46 Supper Club,
    Plaintiffs,

        v.                                      **Notice of Appeal**

Eric Adams, Mayor of the City of New York,        23-cv-06585
Rohit T. Aggarwala, New York City Department of
Environmental Protection, Eric I. Eisenberg, and John
and Jane Does One through Thirty.

    Plaintiffs in the above captioned case appeal to the United States Court of Appeals for the Second Circuit from the Order (docket No. 85) by District Court Judge Jessica G.L. Clarke, entered on 08/19/2024, adopting the Report and Recommendation of Magistrate Judge Valerie Figueredo, granting the Motion filed by defendants Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, dismissing Counts I and IV of plaintiffs' complaint **with prejudice**;

    And granting the Motion filed by defendant Eric M. Eisenberg, dismissing Counts II, III, and V, **without prejudice**.

                                                        Anthony N. Iannarelli Jr.
                                                        Attorney for Plaintiffs

1

Plaintiffs' attorney address:
Iannarelli, Anthony N. (Jr.).   phone: 212-431-1031
74 Lafayette Avenue.   email: anilaw2@gmail.com
Suite 202 # 116
Suffern, NY  10901

2

APPEAL,CASREF,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−06585−JGLC−VF

| | |
|---|---|
| Akhtar et al v. Aggarwala et al | Date Filed: 07/28/2023 |
| Assigned to: Judge Jessica G. L. Clarke | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Valerie Figueredo | Nature of Suit: 440 Civil Rights: Other |
| Demand: $1,000,000 | Jurisdiction: Federal Question |
| Cause: 42:1983dp Civil Right Denial of Due Process | |

**Plaintiff**

**Mohamed John Akhtar**     represented by     **Anthony Nicholas Iannarelli , Jr**
Anthony N. Iannarelli, Jr., Esq.
244 Grand Avenue
Englewood, NJ 07631
201−236−1838
Email: anilaw2@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**La Buca Restaurant, Inc.**     represented by     **Anthony Nicholas Iannarelli , Jr**
*doing business as*
Swing 46 Jazz and Supper Club
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eric Adams**     represented by     **Genan Faye Zilkha**
*Mayor of the City of New York*
*TERMINATED: 08/19/2024*
New York City Law Department, Office of the Corporation Coun
NY
100 Church Street
Ste 5−166
New York
New York, NY 10007
212−356−2212
Email: gzilkha@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Kerri Ann Devine**
NYC Law Department
100 Church Street Room 3−212
New York, NY 10007
(212)788−0577
Fax: (212)791−9714
Email: kdevine@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rohit T Aggarwala**     represented by     **Genan Faye Zilkha**
*TERMINATED: 08/19/2024*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerri Ann Devine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

| | |
|---|---|
| **New York City Department of Environmental Protection**<br>*TERMINATED: 08/19/2024* | **Genan Faye Zilkha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Kerri Ann Devine**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Eric I Eisenberg**
*TERMINATED: 08/19/2024*

**Defendant**

**John and Jane Does One through Thirty**
*TERMINATED: 08/19/2024*

**Miscellaneous**

| | | |
|---|---|---|
| **Eric Eisenberg** | represented by | **Eric Eisenberg**<br>1300 S Miami Ave<br>Unit 1408<br>Miami, FL 33130<br>United Sta<br>6468016705<br>Email: ericeis@gmail.com<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2023 | 1 | COMPLAINT against Eric Adams, Rohit T Aggarwala, Eric I Eisenberg, John and Jane Does One through Thirty, New York City Department of Environmental Protection. (Filing Fee $ 402.00, Receipt Number ANYSDC–28070082)Document filed by Mohamed John Akhtar, La Buca Restaurant, Inc...(Iannarelli, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 2 | **FILING ERROR – DEFICIENT– SIGNATURE ERROR – CIVIL COVER SHEET filed..(Iannarelli, Anthony) Modified on 7/31/2023 (vf). (Entered: 07/28/2023)** |
| 07/31/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Anthony Nicholas Iannarelli, Jr. The party information for the following party/parties has been modified: La Buca Restaurant, Inc., Eric Adams. The information for the party/parties has been modified for the following reason/reasons: party text was omitted; alias party name was omitted. (vf)** (Entered: 07/31/2023) |
| 07/31/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Anthony Nicholas Iannarelli, Jr to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Signature Error. Form is not signed. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf)** (Entered: 07/31/2023) |
| 07/31/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Anthony Nicholas Iannarelli, Jr. The following case opening statistical information was erroneously selected/entered: Jury Demand code n (None); Dollar Demand Blank; County code Albany. The following correction(s) have been made to your case entry: the Jury Demand code has been modified to p (Plaintiff); the Dollar Demand has been modified to 1,000,000; the County code has been modified to New York. (vf)** (Entered: 07/31/2023) |
| 07/31/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jessica G. L. Clarke. Please download and review the Individual |

| | | |
|---|---|---|
| | | Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 07/31/2023) |
| 07/31/2023 | | Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 07/31/2023) |
| 07/31/2023 | | Case Designated ECF. (vf) (Entered: 07/31/2023) |
| 08/01/2023 | 3 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Unless and until the Court orders otherwise, counsel for all parties shall appear for an initial pretrial conference with the Court on November 1, 2023 at 11:00 a.m.. The conference will be held remotely by Microsoft Teams. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon–jessica–g–l–clarke. All parties are required to register promptly as filing users on ECF. As further set forth by this Order. Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Courts Individual Rules and Practices to that party personally. SO ORDERED. Initial Conference set for 11/1/2023 at 11:00 AM before Judge Jessica G. L. Clarke. (Signed by Judge Jessica G. L. Clarke on 8/1/2023) (tg) (Entered: 08/01/2023) |
| 10/26/2023 | 4 | LETTER addressed to Judge Jessica G. L. Clarke from Anthony Iannarelli dated 10/25/2023 re: Adjournment of Conference. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 10/26/2023) |
| 10/27/2023 | 5 | ORDER TO SHOW CAUSE: The Complaint was filed on July 28, 2023. The docket does not reflect that a summons was issued or that the summons and Complaint were ever served on Defendants. IT IS HEREBY ORDERED that Plaintiff submit a letter to the Court by November 3, 2023 showing good cause as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, when and in what manner such service was made. IT IS FURTHER ORDERED that if the Court does not receive any communication from Plaintiff by November 3, 2023 showing good cause why such service was not made within the 90 days, the Court will dismiss the case. Additionally, the initial pretrial conference (currently scheduled for November 1, 2023, see ECF No. 3) is ADJOURNED sine die. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 10/27/2023) (tg) (Entered: 10/27/2023) |
| 10/30/2023 | 6 | ORDER: The Order to Show Cause, see ECF No. 5, is DISCHARGED. Plaintiff's deadline for filing proof of service of summons and complaint is EXTENDED to November 10, 2023. SO ORDERED. ( Service due by 11/10/2023.) (Signed by Judge Jessica G. L. Clarke on 10/30/2023) (tg) (Entered: 10/30/2023) |
| 10/31/2023 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Rohit T. Aggarwala, New York City Department, re: 1 Complaint,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 10/31/2023) |
| 10/31/2023 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Eric Adams, re: 1 Complaint,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 10/31/2023) |
| 11/01/2023 | 9 | ELECTRONIC SUMMONS ISSUED as to Rohit T Aggarwala, New York City Department of Environmental Protection. (vf) (Entered: 11/01/2023) |

| | | |
|---|---|---|
| 11/01/2023 | 10 | ELECTRONIC SUMMONS ISSUED as to Eric Adams. (vf) (Entered: 11/01/2023) |
| 11/01/2023 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to Eric I. Eisenberg, re: 1 Complaint,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/01/2023) |
| 11/01/2023 | 12 | ELECTRONIC SUMMONS ISSUED as to Eric I Eisenberg..(gp) (Entered: 11/01/2023) |
| 11/07/2023 | 13 | CERTIFICATE OF SERVICE. All Plaintiffs. Service was accepted by Identiied as "Felina" who represented she was authorized to accept summons & complaint. Document filed by Mohamed John Akhtar., CERTIFICATE OF SERVICE of summons & complaint served on Rohit T. Aggarwala on 11/06/2023. Service was accepted by Identiied as "Felina" who represented she was authorized to accept summons & complaint. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/07/2023) |
| 11/07/2023 | 14 | CERTIFICATE OF SERVICE. All Plaintiffs. Service was accepted by Identiied as "Felina" who represented she was authorized to accept summons & complaint. Document filed by Mohamed John Akhtar., CERTIFICATE OF SERVICE of summons & complaint served on Rohit T. Aggarwala on 11/06/2023. Service was accepted by Identiied as "Felina" who represented she was authorized to accept summons & complaint. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/07/2023) |
| 11/07/2023 | 15 | **FILING ERROR – PDF ERROR** REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Eric I. Eisenberg, re: 1 Complaint,. Document filed by Mohamed John Akhtar., REQUEST FOR ISSUANCE OF SUMMONS as to Eric I. Eisenberg, re: 1 Complaint,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) Modified on 11/7/2023 (gp). (Entered: 11/07/2023) |
| 11/07/2023 | 16 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Eric Adams re: 1 Complaint,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) Modified on 11/7/2023 (gp). (Entered: 11/07/2023) |
| 11/07/2023 | 17 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to E.I. Eiesenberg, re: 1 Complaint,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/07/2023) |
| 11/08/2023 | 18 | ELECTRONIC AMENDED SUMMONS ISSUED as to Eric Adams. (vf) (Entered: 11/08/2023) |
| 11/08/2023 | 19 | ELECTRONIC AMENDED SUMMONS ISSUED as to Eric I Eisenberg. (vf) (Entered: 11/08/2023) |
| 11/14/2023 | 20 | CERTIFICATE OF SERVICE. Eric I Eisenberg served on 11/9/2023, answer due 11/30/2023. Service was accepted by Larry Caputo, Superintendent of Residences. Document filed by Mohamed John Akhtar., CERTIFICATE OF SERVICE of summons & complaint served on Eric Eisenberg on 11/09/2023. Service was accepted by Larry Caputo, Superintendent of Residences. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/14/2023) |
| 11/15/2023 | 21 | CERTIFICATE OF SERVICE. Eric Adams served on 11/8/2023, answer due 11/29/2023. Service was accepted by NYPD Officer Badge No. 15677. Document filed by Mohamed John Akhtar., CERTIFICATE OF SERVICE of amended aummons & complaint served on defendant Eric Adams on 11/08/2023. Service was accepted by NYPD Officer Badge No. 15677. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/15/2023) |
| 11/15/2023 | 22 | CERTIFICATE OF SERVICE. Eric Adams served on 11/9/2023, answer due 11/30/2023. Service was accepted by unkown uniformed security guard. Document filed by Mohamed John Akhtar., CERTIFICATE OF SERVICE of summons & complaint served on defendant Eric Adams on 11/09/2023. Service was accepted by unkown uniformed security guard. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/15/2023) |
| 11/15/2023 | 23 | CERTIFICATE OF SERVICE. Service was accepted by uniformed concierges at defendant Eisenberg's place of business. Document filed by Mohamed John Akhtar., |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE of summons & complaint served on Eric Eisenberg on 11/09/2023. Service was accepted by uniformed concierges at defendant Eisenberg's place of business. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 11/15/2023) |
| 11/27/2023 | 24 | MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. Document filed by Eric Eisenberg. Responses due by 12/11/2023.(Eisenberg, Eric) (Entered: 11/27/2023) |
| 11/27/2023 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 11/27/2023) |
| 11/27/2023 | 28 | MEMORANDUM OF LAW IN SUPPORT OF ERIC EISENBERG'S MOTION TO DISMISS PURS. TO RULES 12(B)(1), 12(B)(2), 12 (B)4), 12(B)5 & 12(B);(6), re: 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. Document filed by Eric I Eisenberg. (sc) (Entered: 11/30/2023) |
| 11/28/2023 | 26 | NOTICE OF APPEARANCE by Genan Faye Zilkha on behalf of Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Zilkha, Genan) (Entered: 11/28/2023) |
| 11/28/2023 | 27 | FIRST LETTER MOTION for Extension of Time *to respond to the Complaint* addressed to Judge Jessica G. L. Clarke from Genan F. Zilkha dated November 28, 2023. Document filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Zilkha, Genan) (Entered: 11/28/2023) |
| 12/01/2023 | 29 | ORDER: granting 27 Letter Motion for Extension of Time. The deadline for defendants Eric Adams, Rohit T. Aggarwala, and the New York City Department of Environmental Protection to answer, move or otherwise respond to the complaint is hereby EXTENDED to January 26, 2024. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 12/01/2023) (ama) (Entered: 12/01/2023) |
| 12/01/2023 | | Set/Reset Deadlines: Eric Adams answer due 1/26/2024; Rohit T Aggarwala answer due 1/26/2024; New York City Department of Environmental Protection answer due 1/26/2024. (ama) (Entered: 12/01/2023) |
| 12/01/2023 | 30 | NOTICE OF APPEARANCE by Kerri Ann Devine on behalf of Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Devine, Kerri) (Entered: 12/01/2023) |
| 12/08/2023 | 31 | LETTER MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*., 25 Memorandum of Law in Support of Motion addressed to Judge Jessica G. L. Clarke from Anthony Iannarelli dated 12/08/2023. Document filed by Mohamed John Akhtar. Return Date set for 12/11/2023 at 12:59 PM. (Attachments: # 1 Errata Dr. Shaari's Note).(Iannarelli, Anthony) (Entered: 12/08/2023) |
| 12/08/2023 | 32 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jessica G. L. Clarke from Eric Eisenberg dated December 8, 2023 re: 31 LETTER MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*., 25 Memorandum of Law in Support of Motion addressed to Judge Jessica G. L. Clarke . Document filed by Eric Eisenberg. (Attachments: # 1 Exhibit A – Correspondence between Eric Eisenberg and Plaintiffs counsel).(Eisenberg, Eric) (Entered: 12/08/2023) |
| 12/11/2023 | 33 | ORDER granting 31 Letter Motion for Extension of Time to File Response/Reply re 31 LETTER MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*., 25 Memorandum of Law in Support of Motion addressed to Judge Jessica G. L. Clarke, 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. The Court is in receipt of the parties' letters. ECF Nos. 31–32. The deadline for Plaintiff's opposition to the motion to dismiss (ECF No. 24) is EXTENDED to December 27, 2023. The deadline for Defendant Eisenberg's reply is EXTENDED to January 23, 2024. The Clerk of Court is directed to terminate ECF No. 31. SO ORDERED. Responses due by 12/27/2023 Replies due by 1/23/2024. (Signed by Judge Jessica G. L. Clarke on 12/11/2023) (tg) (Entered: 12/11/2023) |

| Date | # | Description |
|---|---|---|
| 01/02/2024 | 34 | REPLY AFFIDAVIT of Mohammed John Akhtar in Opposition re: 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*.. Document filed by Mohamed John Akhtar. (Attachments: # 1 Exhibit Declaration by Plaintiff Akhtar, # 2 Exhibit Declaration by wtiness Sarah Hayes, # 3 Exhibit Declaration by counsel Anthony N. Iannarelli Jr.).(Iannarelli, Anthony) (Entered: 01/02/2024) |
| 01/02/2024 | 35 | MOTION to Disqualify Judge ., SECOND MOTION for Extension of Time .( Return Date set for 12/27/2023 at 11:59 PM.) Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 01/02/2024) |
| 01/02/2024 | 36 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jessica G. L. Clarke from ERIC EISENBERG dated January 2, 2024 re: 35 MOTION to Disqualify Judge .SECOND MOTION for Extension of Time . . Document filed by Eric Eisenberg. (Attachments: # 1 Exhibit A – Correspondence between Parties).(Eisenberg, Eric) (Entered: 01/02/2024) |
| 01/02/2024 | 37 | SECOND LETTER MOTION for Extension of Time to File Response/Reply as to 34 Reply Affidavit in Opposition to Motion, addressed to Judge Jessica G. L. Clarke from Anthony Iannarelli dated 01/02/2024. Document filed by Mohamed John Akhtar. Return Date set for 12/27/2023 at 11:59 PM..(Iannarelli, Anthony) (Entered: 01/02/2024) |
| 01/02/2024 | 38 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jessica G. L. Clarke from ERIC EISENBERG dated January 2, 2024 re: 37 SECOND LETTER MOTION for Extension of Time to File Response/Reply as to 34 Reply Affidavit in Opposition to Motion, addressed to Judge Jessica G. L. Clarke from Anthony Iannarelli dated 01/02/2024. . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 01/02/2024) |
| 01/09/2024 | 39 | ORDER: terminating 35 Motion to Disqualify Judge; granting 35 Letter Motion for Extension of Time. Plaintiff moves for a nunc pro tunc extension of time to oppose Defendant Eric Eisenberg's motion to dismiss. See ECF Nos. 35 (incorrectly titled "Motion to Disqualify Judge"); ECF No. 37 (correctly docketed letter seeking the same relief). The Court will consider Plaintiff's belated opposition because the motion is case dispositive and there is no prejudice to Defendant in doing so. However, no further extensions requested by counsel for Plaintiff that violate this Court's Individual Rules will be granted. Defendant Eric Eisenberg's deadline to reply in support of his motion is extended until January 30, 2024. T he Clerk of Clerk is directed to close ECF Nos. 35 and 37. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 1/09/2024) (ama) (Entered: 01/09/2024) |
| 01/09/2024 |  | Set/Reset Deadlines: Replies due by 1/30/2024. (ama) (Entered: 01/09/2024) |
| 01/09/2024 | 40 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). All such Motions. Referred to Magistrate Judge Valerie Figueredo. SO ORDERED. Motions referred to Valerie Figueredo. (Signed by Judge Jessica G. L. Clarke on 1/09/2024) (ama) (Entered: 01/09/2024) |
| 01/26/2024 | 41 | FIRST MOTION to Dismiss *the Complaint*. Document filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Zilkha, Genan) (Entered: 01/26/2024) |
| 01/26/2024 | 42 | MEMORANDUM OF LAW in Support re: 41 FIRST MOTION to Dismiss *the Complaint*. . Document filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Zilkha, Genan) (Entered: 01/26/2024) |
| 01/26/2024 | 43 | FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. addressed to Magistrate Judge Valerie Figueredo from Eric Eisenberg dated January 26, 2024. Document filed by Eric Eisenberg. (Attachments: # 1 Exhibit 1 – FOIL Documents from OATH, # 2 Exhibit 2 – Correspondence with Mr. Iannarelli).(Eisenberg, Eric) (Entered: 01/26/2024) |
| 01/29/2024 | 44 | INITIAL CASE MANAGEMENT CONFERENCE ORDER: This action is scheduled for an Initial Case Management Conference in accordance with Rule 16(b) of the |

| | | |
|---|---|---|
| | | Federal Rules of Civil Procedure on Monday, March 04, 2024 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335 . Initial Conference set for 3/4/2024 at 10:00 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 1/29/2024) (rro) (Entered: 01/29/2024) |
| 01/29/2024 | 45 | MEMO ENDORSEMENT granting 43 Motion for Extension of Time to File Response/Reply re 43 FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. addressed to Magistrate Judge Valerie Figueredo from Eric Eisenberg dated January. ENDORSEMENT: Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 43. Replies due by 2/29/2024. (Signed by Magistrate Judge Valerie Figueredo on 1/29/2024) (rro) (Entered: 01/29/2024) |
| 02/06/2024 | 46 | LETTER MOTION to Stay *discovery pending determination of motions to dismiss* addressed to Magistrate Judge Valerie Figueredo from Kerri Devine and Genan F. Zilkha dated February 6, 2024. Document filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Zilkha, Genan) (Entered: 02/06/2024) |
| 02/07/2024 | 47 | ORDER granting 46 Letter Motion to Stay re: 46 LETTER MOTION to Stay *discovery pending determination of motions to dismiss* addressed to Magistrate Judge Valerie Figueredo from Kerri Devine and Genan F. Zilkha dated February 6, 2024. Application Granted. The motion for a stay of discovery pending resolution of Defendants' motion to dismiss is granted because Defendants have shown good cause for a stay. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46. (Signed by Magistrate Judge Valerie Figueredo on 2/7/2024) (rro) (Entered: 02/07/2024) |
| 02/15/2024 | 48 | FIRST LETTER MOTION to Stay re: 47 Order on Motion to Stay,, 44 Order for Initial Pretrial Conference,, *Initial Case Management Conference* addressed to Magistrate Judge Valerie Figueredo from Kerri Devine and Genan F. Zilkha dated February 15, 2024. Document filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Zilkha, Genan) (Entered: 02/15/2024) |
| 02/19/2024 | 49 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 02/19/2023. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 02/19/2024) |
| 02/19/2024 | 50 | ***SELECTED PARTIES*** LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 02/19/2024. Document filed by Mohamed John Akhtar, Eric Adams.Motion or Order to File Under Seal: 19 .(Iannarelli, Anthony) (Entered: 02/19/2024) |
| 02/19/2024 | 51 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from ERIC EISENBERG dated February 19, 2024 re: 49 LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 02/19/2023. . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 02/19/2024) |
| 02/21/2024 | 52 | ORDER granting 48 Letter Motion to Stay re: 48 FIRST LETTER MOTION to Stay re: 47 Order on Motion to Stay,, 44 Order for Initial Pretrial Conference,, *Initial Case Management Conference* addressed to Magistrate Judge Valerie Figueredo from Kerri Devine and Genan F. Zilkha dated F. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48. (Signed by Magistrate Judge Valerie Figueredo on 2/21/2024) (rro) (Entered: 02/21/2024) |
| 02/21/2024 | 53 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 02/21/2024. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 02/21/2024) |
| 02/23/2024 | 54 | ORDER granting 53 Letter Motion for Extension of Time. Application Granted. Plaintiffs' request for an extension is GRANTED. Plaintiffs' counsel has provided good cause for the extension request as detailed in ECF No. 50. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 49, 50, and 53. (Signed by Magistrate Judge Valerie Figueredo on 2/21/2024) (rro) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/24/2024 | 55 | SECOND LETTER MOTION for Extension of Time to File Response/Reply *in support of Eric Eisenberg's Motion to Dismiss* addressed to Magistrate Judge Valerie Figueredo from Eric Eisenberg dated February 24, 2024. Document filed by Eric Eisenberg. (Attachments: # 1 Exhibit 1 – Correspondence with Mr. Ianarelli).(Eisenberg, Eric) (Entered: 02/24/2024) |
| 02/26/2024 | 56 | ORDER granting 55 Letter Motion for Extension of Time to File Response/Reply re 55 SECOND LETTER MOTION for Extension of Time to File Response/Reply *in support of Eric Eisenberg's Motion to Dismiss* addressed to Magistrate Judge Valerie Figueredo from Eric Eisenberg dated February 24, 2024. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 55. Replies due by 3/28/2024.. (Signed by Magistrate Judge Valerie Figueredo on 2/26/2024) (rro) (Entered: 02/26/2024) |
| 03/08/2024 | 57 | LETTER MOTION to Seal *(unseal docket item 50)* addressed to Magistrate Judge Valerie Figueredo from ERIC EISENBERG dated March 8, 2024. Document filed by Eric Eisenberg. (Attachments: # 1 Exhibit 1 – Correspondence with Mr. Iannarelli).(Eisenberg, Eric) (Entered: 03/08/2024) |
| 03/11/2024 | 58 | LETTER RESPONSE to Motion addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 03/11/2024 re: 57 LETTER MOTION to Seal *(unseal docket item 50)* addressed to Magistrate Judge Valerie Figueredo from ERIC EISENBERG dated March 8, 2024. *Opposition to Motion and request for conference*. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 03/11/2024) |
| 03/11/2024 | 59 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Valerie Figueredo from ERIC EISENBERG dated March 11, 2024 re: 57 LETTER MOTION to Seal *(unseal docket item 50)* addressed to Magistrate Judge Valerie Figueredo from ERIC EISENBERG dated March 8, 2024. . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 03/11/2024) |
| 03/13/2024 | 60 | ORDER: Plaintiffs' counsel is therefore directed to submit any renewed request to seal his letter at ECF No. 50 that makes a sufficient showing under Lugosch by no later than April 5, 2024. The Clerk of Court is respectfully directed to maintain ECF No. 50 under seal for the time being. In filings from both Plaintiffs' counsel and Defendant Eisenberg, there appears to be confusion about the briefing schedule for the pending motion to dismiss. The prior deadline for Plaintiffs' opposition was March 9, 2024. The Court hereby extends that deadline to April 9, 2024. Any replies from Defendants are new due April 16, 2024. Lastly, in his letter at ECF No. 58, Plaintiffs' counsel raises the idea of settling the claims in this case. A pre−settlement conference call to discuss the potential for a settlement conference is scheduled for Tuesday, April 30, 2024 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredos AT&T conference line at the scheduled time. Please dial (888) 808−6929; access code 9781335 . SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 3/13/2024) ( Responses due by 4/9/2024, Replies due by 4/16/2024., Telephone Conference set for 4/30/2024 at 10:00 AM before Magistrate Judge Valerie Figueredo.) (ks) (Entered: 03/13/2024) |
| 04/05/2024 | 61 | LETTER MOTION to Continue *rescinding sealing of document* addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/05/2024. Document filed by Mohamed John Akhtar. (Attachments: # 1 Supplement Letter from medical doctor).(Iannarelli, Anthony) (Entered: 04/05/2024) |
| 04/06/2024 | 62 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Eric Eisenberg dated April 6, 2024 re: 61 LETTER MOTION to Continue *rescinding sealing of document* addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/05/2024. *(Opposition to Plaintiffs' procedurally improper request for reconsideration of March 13, 2024 order denying in−person settlement conference)*. Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 04/06/2024) |
| 04/09/2024 | 63 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/09/2024. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 04/09/2024) |

| | | |
|---|---|---|
| 04/10/2024 | 64 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Eric Eisenberg dated April 10, 2024 re: 63 LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/09/2024. . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 04/10/2024) |
| 04/10/2024 | 65 | LETTER MOTION for Extension of Time to File addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/10/2024. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 04/10/2024) |
| 04/11/2024 | 66 | ORDER granting 57 Letter Motion to Seal; terminating 61 Letter Motion to Continue; granting 63 Letter Motion for Extension of Time to File Response/Reply re 57 LETTER MOTION to Seal *(unseal docket item 50)* addressed to Magistrate Judge Valerie Figueredo from ERIC EISENBERG dated March 8, 2024., 61 LETTER MOTION to Continue *rescinding sealing of document* addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/05/2024., 63 LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/09/2024., 65 LETTER MOTION for Extension of Time to File addressed to Magistrate Judge Valerie Figueredo from Anthony Iannarelli dated 04/10/2024.; terminating 65 Letter Motion for Extension of Time to File. In a separate letter, Plaintiffs' counsel requested another extension of time for Plaintiffs to file their response in opposition to the pending motion to dismiss. See ECF No. 63. The letter states that the City Defendants do not oppose the extension request, but Defendant Eric Eisenberg filed a letter opposing the request. See ECF No. 64. The extension requested by Plaintiffs' counsel is hereby granted. The deadline for Plaintiffs to file their opposition is now April 17, 2024. Any replies from Defendants are now due May 1, 2024. Lastly, in one of his letters, Plaintiffs' counsel also requested the Court amend the scheduled telephonic conference to an in-person meeting to aid settlement discussions. See ECF No. 61. The Court directs the Parties to the Court's previous Order to clarify that this scheduled conference is a pre-settlement conference, which will be an informal call to discuss the Parties' stance on settlement discussions and to schedule the settlement conference, which will occur in person. See ECF No. 60 The pre-settlement conference call to discuss the potential for a settlement conference thereby remains scheduled for Tuesday, April 30, 2024 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code 9781335 . The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 57, 61, 63, and 65. Additionally, the Clerk of Court is respectfully directed to remove the viewing restrictions on ECF No. 50. (Responses due by 4/17/2024, Replies due by 5/1/2024.)(Signed by Magistrate Judge Valerie Figueredo on 4/11/2024) (rro) (Entered: 04/11/2024) |
| 04/11/2024 | | Set/Reset Hearings: Telephone Conference set for 4/30/2024 at 10:00 AM before Magistrate Judge Valerie Figueredo. (rro) (Entered: 04/11/2024) |
| 04/18/2024 | 67 | REPLY AFFIRMATION of Anthony Iannarelli in Opposition re: 41 FIRST MOTION to Dismiss *the Complaint*.. Document filed by Mohamed John Akhtar. (Attachments: # 1 Exhibit Declaration by Anthony Iannarelli Esq., # 2 Exhibit Declaration of Mohamed John Akhtar).(Iannarelli, Anthony) (Entered: 04/18/2024) |
| 04/22/2024 | 68 | REPLY MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 04/22/2024) |
| 04/22/2024 | 69 | REPLY AFFIRMATION of Eric Eisenberg in Support re: 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*.. Document filed by Eric Eisenberg. (Attachments: # 1 Exhibit 1 – Correspondence between Counsel Iannarelli and OATH, # 2 Exhibit 2 – Document Showing La Buca Rescheduling Non-Noise Summons out of Default, # 3 Exhibit 3 – Summary Document Showing OATH Hearings Division Processing Over 19 Million Summonses, # 4 Exhibit 4 – Cited Lombardo Decision, # 5 Exhibit 5 – OATH Documents re October 11 2022 Neighborhood Summonses, # 6 Exhibit 6 – OATH Documents re Selected Dismissals of 244b Noise Summonses, # 7 Exhibit 7 – OATH Documents Showing Success by La Buca in Fighting (Non-Noise) Summonses at OATH).(Eisenberg, Eric) (Entered: 04/22/2024) |

| | | |
|---|---|---|
| 04/30/2024 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Status Conference held on 4/30/2024. (sjo) (Entered: 04/30/2024) |
| 04/30/2024 | 70 | ORDER: A settlement conference in this matter is scheduled for Monday, September 23, 2024 at 2:00 p.m., in Courtroom 17−A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference. Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre−conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon−valerie−figueredo). Pre−conference submissions must be received by the Court no later than September 16, 2024. Settlement Conference set for 9/23/2024 at 02:00 PM in Courtroom 17A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 4/30/2024) (rro) (Entered: 04/30/2024) |
| 05/01/2024 | 71 | REPLY MEMORANDUM OF LAW in Support re: 41 FIRST MOTION to Dismiss *the Complaint*. . Document filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Devine, Kerri) (Entered: 05/01/2024) |
| 06/05/2024 | 72 | REPORT AND RECOMMENDATION re: 41 FIRST MOTION to Dismiss *the Complaint*. filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection, 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. filed by Eric Eisenberg Objections to R&R due by 6/20/2024. For the foregoing reasons, I respectfully recommend that Eisenberg's motion to dismiss be GRANTED. I further recommend that the City Defendants' motion to dismiss also be GRANTED. As to Counts I and IV in the complaint, I recommend that the claims be dismissed with prejudice. And as to Counts II, III, and V, I recommend that those counts be dismissed without prejudice and that Plaintiffs be granted leave to amend. (Signed by Magistrate Judge Valerie Figueredo on 6/5/2024) (rro) (Entered: 06/05/2024) |
| 06/20/2024 | 73 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** APPEAL OF MAGISTRATE JUDGE DECISION to District Court from 72 Report and Recommendations,,,. Document filed by Eric Eisenberg. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: June 20 2024..(Eisenberg, Eric) Modified on 6/21/2024 (tp). (Entered: 06/20/2024) |
| 06/21/2024 | | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Eric Eisenberg to RE−FILE Document 73 Appeal of Magistrate Judge Decision to District Court. Use the event type Objection to Report and Recommendations found under the event list Other Answers. (tp)** (Entered: 06/21/2024) |
| 06/21/2024 | 74 | OBJECTION to 72 Report and Recommendations *(re−filing of June 20, 2024 filing due to court notice as to appropriate ECF event identification) (limited objections as to recommendation that dismissals of certain claims be without prejudice and with leave to amend)* Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 06/21/2024) |
| 06/21/2024 | 75 | RESPONSE to Motion re: 24 MOTION to Dismiss *pursuant to F.R.C.P 12(b)(1), (2), (4), (5) and (6)*. . Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 06/21/2024) |
| 06/21/2024 | 76 | OBJECTION to 72 Report and Recommendations Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 06/21/2024) |
| 06/21/2024 | 77 | LETTER MOTION for Extension of Time to File addressed to Judge Jessica G. L. Clarke from Anthony Iannarelli dated 06/21/2024. Document filed by Mohamed John Akhtar. (Attachments: # 1 Exhibit Letter from medical doctor).(Iannarelli, Anthony) (Entered: 06/21/2024) |
| 06/21/2024 | 78 | MOTION to Serve *Service of Letter Motion and Opposition*. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 06/21/2024) |

| | | |
|---|---|---|
| 06/22/2024 | 79 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jessica G. L. Clarke from Eric Eisenberg dated June 22, 2024 re: 77 LETTER MOTION for Extension of Time to File addressed to Judge Jessica G. L. Clarke from Anthony Iannarelli dated 06/21/2024. . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 06/22/2024) |
| 06/24/2024 | 80 | LETTER MOTION for Extension of Time addressed to Judge Jessica G. L. Clarke from Anthony Iannarelli dated 6/24/2024. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 06/24/2024) |
| 06/25/2024 | 81 | ORDER terminating 77 Letter Motion for Extension of Time to File ; terminating 78 Motion to Serve ; terminating 80 Letter Motion for Extension of Time. The Court will consider Plaintiff's belated objection (ECF No. 76) to the R&R (ECF No. 72) in light of counsel's medical circumstances and because the motion to dismiss is case dispositive and there is no prejudice to Defendants in doing so. The Court will also consider the objection to the R&R by pro se Defendant Eric I. Eisenberg, which was also filed on June 21, 2024. See ECF No. 74. The parties are advised that further untimely filings will not be considered and that further extension requests that violate this Courts Individual Rules will not be granted. The Clerk of Clerk is directed to terminate ECF Nos. 77, 78 and 80. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 6/24/2024) (tg) (Entered: 06/25/2024) |
| 06/25/2024 | 82 | LETTER MOTION to Reopen re: 79 Response in Opposition to Motion, 81 Order on Motion for Extension of Time to File, Order on Motion to Serve,,,,,,,,,, *(Letter Request for Clarification)* addressed to Judge Jessica G. L. Clarke from Eric Eisenberg dated June 25, 2024. Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 06/25/2024) |
| 07/02/2024 | 83 | RESPONSE re: 76 Objection to Report and Recommendations . Document filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection..(Devine, Kerri) (Entered: 07/02/2024) |
| 07/05/2024 | 84 | RESPONSE re: 76 Objection to Report and Recommendations . Document filed by Eric Eisenberg..(Eisenberg, Eric) (Entered: 07/05/2024) |
| 08/19/2024 | 85 | ORDER ADOPTING REPORT AND RECOMMENDATION for 72 Report and Recommendations on 41 Motion to Dismiss filed by Eric Adams, Rohit T Aggarwala, New York City Department of Environmental Protection, 24 Motion to Dismiss filed by Eric Eisenberg, 82 Motion to Reopen, filed by Eric Eisenberg. Plaintiffs shall have one opportunity to amend with respect to Counts II, III, and V of the Complaint. Thus, the R&R is ADOPTED in its entirety. Counts I and IV of the Complaint are DISMISSED with prejudice. Counts II, III, and V are DISMISSED without prejudice. The deadline for Plaintiffs to file a second amended complaint in compliance with this Order is September 16, 2024. The Clerk of Court is directed to terminate ECF Nos. 24, 41 and 82. SO ORDERED. ( Amended Pleadings due by 9/16/2024.) (Signed by Judge Jessica G. L. Clarke on 8/19/2024) (vfr) (Entered: 08/19/2024) |
| 08/27/2024 | 86 | ORDER RESCHEDULING SETTLEMENT CONFERENCE: A settlement conference in this matter is rescheduled for Monday, September 23, 2024 at 10:00 a.m., in Courtroom 17–A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre−conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon−valerie−figueredo). Pre−conference submissions must be received by the Court no later than September 16, 2024.SO ORDERED. (Settlement Conference set for 9/23/2024 at 10:00 AM in Courtroom 17A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Valerie Figueredo.) (Signed by Magistrate Judge Valerie Figueredo on 8/27/2024) (sgz) (Entered: 08/27/2024) |
| 09/03/2024 | 87 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE OF APPEAL TO THE FEDERAL CIRCUIT. Form 7 and Form 22 are due within 14 days. Document filed by Mohamed John Akhtar. Filing fee $ 605.00, receipt number ANYSDC−29834641..(Iannarelli, Anthony) Modified on 9/3/2024 (tp). |

| | | |
|---|---|---|
| | | Modified on 9/3/2024 (tp). (Entered: 09/03/2024) |
| 09/03/2024 | 88 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE OF APPEAL TO THE FEDERAL CIRCUIT from 85 Order Adopting Report and Recommendations, Set Deadlines,,,,,,. Form 7 and Form 22 are due within 14 days. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) Modified on 9/3/2024 (tp). (Entered: 09/03/2024) |
| 09/03/2024 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Anthony Iannarelli to RE–FILE Document 87 Notice of Appeal to the Federal Circuit. Use the event type Notice (Other) found under the event list Notices. (tp)** (Entered: 09/03/2024) |
| 09/03/2024 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Anthony Iannarelli to RE–FILE Document 88 Notice of Appeal to the Federal Circuit. Use the event type Affidavit of Service Other found under the event list Service of Process. (tp)** (Entered: 09/03/2024) |
| 09/03/2024 | 89 | NOTICE of Proof of Service By Affirmatoin re: 85 Order Adopting Report and Recommendations, Set Deadlines,,,,,,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 09/03/2024) |
| 09/03/2024 | 90 | AFFIDAVIT OF SERVICE of Proof of Service by Attorney Affirmation served on Eric Adams, Rohit T. Aggarwala, New York City Deparment of Environmental Protection, Eric M. Eisenberg on 09/03/2024. Service was made by Mail. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 09/03/2024) |
| 09/03/2024 | 91 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE OF APPEAL TO THE FEDERAL CIRCUIT from 85 Order Adopting Report and Recommendations, Set Deadlines,,,,,,. Form 7 and Form 22 are due within 14 days. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) Modified on 9/4/2024 (tp). (Entered: 09/03/2024) |
| 09/03/2024 | 92 | NOTICE OF APPEAL from 85 Order Adopting Report and Recommendations, Set Deadlines,,,. Document filed by Mohamed John Akhtar. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Iannarelli, Anthony) (Entered: 09/03/2024) |
| 09/03/2024 | 93 | AFFIDAVIT OF SERVICE of A Notice of Appeal of Order served on Eric Adams, Rohit T. Aggarwala, New York City Deparment of Environmental Protection, Eric M. Eisenberg on 09/03/2024. Service was made by Mail and electronic filing. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 09/03/2024) |
| 09/04/2024 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Anthony Iannarelli to RE–FILE Document 91 Notice of Appeal to the Federal Circuit. Use the event type Notice (Other) found under the event list Notices. (tp)** (Entered: 09/04/2024) |
| 09/04/2024 | | Appeal Fee Paid electronically via Pay.gov: for 92 Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC–29834641, paid on 9/3/2024. (tp) (Entered: 09/04/2024) |
| 09/04/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 92 Notice of Appeal. (tp) (Entered: 09/04/2024) |
| 09/04/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 92 Notice of Appeal filed by Mohamed John Akhtar were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/04/2024) |
| 09/04/2024 | 94 | NOTICE of Permission to File Interlocutory Appeal re: 85 Order Adopting Report and Recommendations, Set Deadlines,,,,,,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 09/04/2024) |
| 09/04/2024 | 95 | NOTICE of Correct typographical errors in Permission fo Interlocutory Appeal re: 85 Order Adopting Report and Recommendations, Set Deadlines,,,,,,. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 09/04/2024) |

| 09/04/2024 | 96 | AFFIDAVIT OF SERVICE of Amended Request to File Interlocutory Aooeal served on Eric Adams, Rohit T. Aggarwala, New York City Deparment of Environmental Protection, Eric M. Eisenberg on 09/04/2024. Service was made by Mail & electronic service. Document filed by Mohamed John Akhtar..(Iannarelli, Anthony) (Entered: 09/04/2024) |