# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Akhtar v. Aggarwala    Docket No.: 24-2370

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: D. Alan Rosinus, Jr.

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: (212) 356-0854    Fax: (212) 356-2509

E-mail: arosinus@law.nyc.gov

Appearance for: Eric Adams/defendant-appellee, Rohit T. Aggarwala/defendant-appellee, New York City Department of Environmental Protection, defendant-appellee
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Sylvia Hinds-Radix/New York City Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 6, 2024    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ D. Alan Rosinus, Jr.

Type or Print Name: D. Alan Rosinus, Jr.