## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: <u>Mohammed John Akhtar et al., Appellants v. Eric Adams, et al., Appellees</u> Doc. No.: <u>24-2370</u>

Lead Counsel of Record:  <u>Anthony N. Iannarelli Jr.</u>

Appearance for (party/designation): <u>Appellants</u>

---

### DOCKET SHEET ACKNOWLEDGMENT/ AMENDMENTS

Caption as indicated is:

__ Correct

<u>XX</u> Incorrect. Caption incorrectly stated a middle initial as "I" for Appellee Eric M. Eisenberg. That caption containing the letter "I" has been changed and corrected to the letter "M."

Appellate Designation is:

XX Correct

___  Incorrect. The following parties do not wish to participate in this appeal:   Parties: <u>N/A</u>

___  Incorrect. Please change the following parties' designations:
Parties: <u>N/A</u>      Correct Designation: <u>N/A</u>

Contact Information for Lead Counsel/~~*Pro se* Party~~ is:
<u>XX</u> Correct

___ ~~Incorrect or Incomplete~~:

As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: <u>Anthony N. Iannarelli Jr.</u>
Firm: <u>Law Firm of Anthony N. Iannarelli Jr.</u>
Address: <u>74 Lafayette Avenue, Suite 202, #116, Suffern, New York 10901</u>
Telephone: <u>212-431-1031</u>      cell: <u>201-248-2457</u>      Fax: <u>None</u>
Email:      an<u>ilaw2@gmail.com</u>

A

---

### RELATED CASES

<u>XX</u>  This case has not been before this Court previously.
~~This case has been before this Court previously. The short title, docket number, and citation are:~~ <u>N/A</u>
Matters related to this appeal or involving the same issue have been or presently are before this Court.
The short titles, docket numbers, and citations are:    N/A

~~if required by LR 46.1(a)(2), have renewed my~~ 09/03/2024 ~~or renewal on~~ ~~N/A~~

CERTIFICATION I

I certify that am admitted to this Court. I applied for admission on 09/03/2024, and admitted to the Court on or about 09/16/2024.

Signature of Lead Counsel of Record.           *Anthony N. Iannarelli Jr.*

Dated: September 23, 2024                        Anthony N. Iannarelli Jr.

or

Signature of pro se litigant: Type or Print Name:
_____N/A_____

~~I am a pro se litigant who is not an attorney.~~

~~I am an incarcerated pro se litigant.~~