# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

1. SEE NOTICE ON REVERSE      2. PLEASE TYPE OR PRINT      3. STAPLE ALL ADDITIONAL PAGES

| Case Caption:<br>Mohamed John Akhtar and LA Buca Restaurant, Inc. d/b/a Swing 46 Supper Club<br>  Appellants,<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, and John and Jane Does One through Thirty,<br>     Appellees. | District Court or Agency:<br>U.S. District Court for the Southern District of New York | Judge:<br>Hon. Jessica G.L. Clarke<br> U.S. Dist. Court Judge |
|---|---|---|
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>08/19/2024 | District Court Docket No..<br>23-cv-6585 |
| | Date the Notice of Appeal was Filed:<br>09/3/2024 | Is this a Cross Appeal?<br>   Yes    x No |

| Attorney(s) for Appellant(s):<br><br>xx Plaintiff<br>  Defendant | Counsel's Name:  Address:  Telephone No.:  Fax No.:  E-mail:<br>Anthony N. Iannarelli Jr.         212-431-1031      none    anilaw2@gmail.com<br> 74 Lafayette Ave., Suite 202 #116,<br>Suffern, New York 10901 |
|---|---|
| Attorney(s) for Appellee(s):<br>   Plaintiff<br>xx Defendants | Counsel's Name:  Address:  Telephone No.:  Fax No.:  E-mail:<br>Eric I. Eisenberg, Attorney Pro se ,      646-801-6705      unknown    ericeis@gmail.com<br>454 W. 46th street, New York, NY<br><br>N.Y.C. Corporation Counsel,                              unknown<br> 100 Church Street., Ste. 5-166, New York, NY. 10007<br>   Ms. Genan Faye Zilkha, Esq.     212-356-2212      unknown gzilkha@law.nyc.gov<br>   Ms. Kerry Ann Devine.        212-788-0577 212-791-91714 kdevine@law.nyc.gov |

| Has Transcript been prepared?<br><br>No recorded Sessions; all on papers. | Approx. Number of Transcript Pages:<br><br>N/A | Number of Exhibits Appended to Transcript:<br><br>N/A | Has this matter been before this Circuit previously?   Yes    x No<br>If Yes, provide the following: N/A<br>  Case Name:<br>  2d Cir. Docket No.:         Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

ADDENDUM    COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF
THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

ADDENDUM "B": COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

### 1. Federal Jurisdiction

U.S. a party             Diversity

XX Federal question      x Other (specify):
(U.S. not a party).      civil rights and violations constitutional

### 2. Appellate Jurisdiction

XX Final Decision   Order Certified by District Judge (i.e.,
                    Fed . R. Civ. P. 54(b))
Interlocutory Decision
Appealable As of Right    Other (specify): _____

IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.

FORM C (Rev. October 2016)

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

### 1. Stage of Proceedings

Pre-trial

During trial

After trial

### 2. Type of Judgment/Order Appealed

Default judgment                Dismissal/other jurisdiction
Dismissal/FRCP   Dismissal/merit lack of subject matter juris.
XX Judgment / Decision of the Court
XX Dismissal/FRCP           Summary judgment
failure to state a claim     Declaratory judgment
Dismissal/28 U.S.C. § 1915(e)(2) Jury verdict frivolous complaint Judgment NOV
Dismissal/28 U.S.C. § 1915(e)(2) Directed verdict  XX other dismissal Other (specify):

### 3. Relief

Damages:                  Injunctions:

Sought: $1,000,000.00    Preliminary
Granted: N/A              Permanent
Denied:                   Denied:

## PART C: NATURE OF SUIT (Check as many as apply)

### I. Federal Statutes

Antitrust  Communications       Freedom of Information Act
Bankruptcy   Consumer Protection    Immigration
Banks/Banking  Copyright 9 Patent   Labor
  Civil Rights   Trademark          OSHA
Commerce    Election               Securities
Energy      Soc. Security          Tax
Commodities   Environmental
Other (specify): Title 42 USC Sec. 1983   Titles 42 United States Code §§ 1981-1982

### 2. Torts

Admiralty/
  Maritime
Assault /
  Defamation
FELA
Products Liability   9
Other (Specify):

### 3. Contracts

Admiralty/
  Maritime
Arbitration
Commercial
Employment
Insurance
 Negotiable
Instruments
Other Specify

### 4. Prisoner Petitions

Civil     Rights
Habeas Corpus
Mandamus
Parole
Vacate Sentence
Other

| Date: 09/29 /2024 | Signature of Counsel of Record: | _[signature]_ |
|---|---|---|

| 5. <u>Other</u><br>  Hague Int'l Child Custody Conv.<br>  Forfeiture/Penalty<br>  Real   Property<br>  Treaty<br>  (specify): Other<br>  (specify): | 6. <u>General</u><br>   Arbitration<br>   Attorney Disqualification<br>   Class Action<br>   Counsel Fees<br>   Shareholder Derivative<br>   Transfer | 7. Will appeal raise constitutional issue(s)?<br>  <u>xx</u> Yes          No<br><br>      Will appeal raise a matter of first impression?<br><br>  xx Yes           No |
|---|---|---|

1. Is any matter relative to this appeal still pending below? X Yes, specify:    Proposed Amended Complaint in respect to defendant Eric M. Eisenberg.
2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which: No

(A) Arises from substantially the same case or controversy as this appeal?     Yes      xx   No

(B) Involves an issue that is substantially similar or related to an issue in this appeal?  Yes  <u>XX</u>  No

If yes, state whether 9 "A," or 9 "B," or 9 both are applicable, and provide in the spaces below the following information on the other action(s):

| Case Name: Mohamed John Akhtar et al. v. Eric M. Eisenberg | Docket No.<br>23-cv-06585 | Citation: | Court or Agency:<br>U.S. District Court Southern District of New York |
|---|---|---|---|

Name of Appellant: Mohamed John Akhtar and La Buca Restaurant d/b/a/ Swing 46 Jazz and Supper Club

### NOTICE TO COUNSEL

Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized toprosecute the appeal without payment.

   PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED. SEE LOCAL RULE 12.1.

FORM C (Rev. December 2016)