# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand twenty-four.

Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,

    Plaintiffs - Appellants,

v.

Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg,

    Defendants - Appellees,

Jane Does 1-30, John Does 1-30,

    Defendants.

**ORDER**
Docket No. 24-2370

Appellants' Mohamed John Akhtar and La Buca Restaurant, Inc. submission of a Notice of Appearance as Additional/Substitute Counsel does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Notice of Appearance as Additional/Substitute Counsel is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

