# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty-four.

Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,

       Plaintiffs - Appellants,

  v.

Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg,

       Defendants - Appellees,

Jane Does 1-30, John Does 1-30,

       Defendants.

**ORDER**

Docket No. 24-2370

A notice of appeal was filed on September 3, 2024. The Appellant's Form D due September 17, 2024 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 31, 2024 if the Form D is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

