**Anthony N. Iannarelli Jr.**
*Attorney at Law*
**7 4 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031**
anilaw2@gmail.com

November 20, 2024

Via ACMF
Hon. Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>Mohamed John Akhtar *et al*., Appellants v. Eric Adams, Mayor
      of the City of New York *et al*. Appellees</u>
      Doc. No.  24-2370
      District Court Doc. No. 23-cv-06585

Dear Ms. O'Hagan Wolfe,

  I represent Appellants in the above captioned matter. Please accept this letter in Appellants' behalf in requesting a Scheduling Order pursuant to Local Rule 31.2.

  Respectfully, Appellants propose that their brief and appendix be filed on or before January 2, 2025, and, unless there is no objection, for Appellees' reply brief to be filed on or March 3, 2025, along with a date of March 17, 2025 for Appellants' response brief.

  Please note the request to file Appellants' brief and appendix on January 2, 2025 is in consideration of several holidays that occur during this time frame.

  Thank you for your attention to the foregoing. Do not hesitate to have a member of your staff reach out to me at the above if there are any questions.

        Respectfully,
        /s/ *Anthony N. Iannarelli Jr.*
        Anthony N. Iannarelli Jr.
        Attorney for Appellants

<u>Copy Via ACMF</u>
Mr. David A. Rosinus, Esq.
  Attorney for Appellees Eric Adams. Mayor
    of the City of New York *et al*.
Mr. Eric M. Eisenberg, Esq.
  Attorney *Pro Se*

1