# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand twenty-four.

_____

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 24-2370 |
| v. | |
| Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, | |
| Defendants – Appellees. | |

_____

Counsel for Appellants has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 2, 2025, as their brief/appendix filing date. They also propose filing dates for the response and reply briefs.

IT IS HEREBY ORDERED that Appellants' brief must be filed on or before January 2, 2025. The appeal is dismissed effective January 2, 2025, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013). Appellees shall file their own scheduling notification letter within 14 days after the filing of Appellants' brief.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court