# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand twenty-five.

---

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 24-2370 |
| v. | |
| Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, | |
| Defendants – Appellees. | |

---

IT IS HEREBY ORDERED that Appellants' motion to extend time to file the brief (docket entry 49) is DENIED as moot in light of the appeal being dismissed for Appellants' failure to comply with the scheduling order dated November 27, 2024.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court