**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club<br>Plaintiffs,<br>-vs.-<br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br>Defendants | Case No. 24-2370<br><br>Affirmation of Service |

Anthony N. Iannarelli, an Attorney at Law of the State of New York and attorney for plaintiffs-appellants, affirms under the penalty of perjury to the truth of the following:

On January 23, 2025, I served a copy of plaintiff-appellants motion to reinstate appeal, brief, and appendix to:

<u>All counsel of record via ACMs</u>

I am aware that I may be subject to punishment for any statement above knowingly made false.

Dated: 01/23/2025

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs