# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**Amended MOTION INFORMATION STATEMENT**

**Docket Number(s):** 24-2370

**Caption [use short title]**

**Motion for:** Reinstate plaintiffs-appellants appeal and for the filing of plainis-appellants' brief and appendix.

Mohamed John Akhtar et al. v. Eric Adams et al.

+ Eric M. Eisenberg Attorney Pro se

**Set forth below precise, complete statement of relief sought:**

Plaintiffs-appellants' brief and appendix were due on January 2, 2025. By December 30, 2024 I realized I did not have adequate tiime to file the documents. Nor was I aware that the Court would not be in session on December 31, 2024. Additionally, I am sight impaired with a verifiable vision disabiltiy, and it took longer to read and prepare papers. I attempted to file by on January 2nd, but the case had already been dismissed Respectfully, I request that the appeal be reinstated and for the documents to be filed nunc pro tunc.

**MOVING PARTY:** Mohamed John Akhtar and La Buca Restaurant, Inc.   **OPPOSING PARTY:** All NYC defendants - Appellees Eric Adams Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric Eisenberg

David Alan Rosinus, Esq. 212-356-0845 ARosinus@law.nyc.gov

☒ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Anthony N. Iannarelli Jr.   **OPPOSING ATTORNEY:** Eric Eisenberg, Esq. pro se & Kerry Ann Devine, Esq. & Genan Fay Zilkha Esq.

[name of attorney, with firm, address, phone number and e-mail]

Anthony N. Iannarelli Jr. , 74 Lafayette Ave., Suite 202 # 116

Kerry Ann Devine, Esq. & Genan Fay Zilkha, Esq. gzilkha@law.nyc.gov/kdevine@law.nyc.gov

Suffern, NY 10901 phone: 212-431-1031

NYC Corp Counsel, 100 Church St., NY, NY 10007

email: anilaw2@gmail.com

Eric M. Eisenberg, 454 w. 46th St. NY, NY 10036 Apt. 1ES ACMS Entry 14 ACMS 9 Phone 646-801-6705 email: ericeisen@gmail.com

**Court- Judge/ Agency appealed from:** Hon. Jessica Clarke, Judge, U.S. District Court for the Southern District

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): No but will attempt by email and electronically filing.

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☒ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: n/a

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is the oral argument on motion requested?   ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes ☒ No  If yes, enter date:_____

**Signature of Moving Attorney:**
_/s/_   Date: 01/27/2025   Service: ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)



Formerly Retina Associates of NJ

www.njretina.com

Richard M. Klein, MD
Michael J. Harris, MD
Stuart W. Noorily, MD
Christopher M. Seery, MD
Steven A. Madreperla, MD, PhD
Leonard Feiner, MD, PhD
David Y. Kim, MD
Vinod B. Voleti, MD

January 3, 2025

To Whom It May Concern:

I have been treating Anthony Iannarelli Jr. for macular degeneration over the past year. He may experience long-term limitations in the vision of his left eye. He has scheduled retinal appointments every 4 weeks for necessary treatment.

Any consideration that can be offered to alleviate his functional challenges at work would be greatly appreciated. If he requires time extensions for his tasks, please make the necessary accommodations.

Please contact me if you have any questions.

Thank you,

Tamara Lenis, MD

628 Cedar Lane
Teaneck, NJ 07666
T: 201-837-7300
F: 201-836-6426

1044 Route 23 North
Wayne, NJ 07470
T: 973-633-9898
F: 973-633-3892

5 Franklin Avenue, Suite G5
Belleville, NJ 07109
T: 973-450-5100
F: 973-450-9494

2952 Vauxhall Road
Vauxhall, NJ 07088
T: 908-349-8155
F: 908-349-8134

3196 Kennedy Boulevard
Union City, NJ 07087
T: 201-867-2999
F: 201-867-4440

200 S. Broad Street
Ridgewood, NJ 07450
T: 201-445-6622
F: 201-445-0262

182 South Street, Suite 5
Morristown, NJ 07960
T: 973-630-7700
F: 973-605-5807

# UNITED STATES DISTRICT COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>Plaintiffs-Appellants,<br>v.<br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br><br>Defendants-Appellees. | Case No. 24-2370<br><br>Amended Notice of Motion to Reinstate Appeal and file Brief and Appendix |

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms, under the penalty of perjury, to the truth of the following:

1. I represent plaintiffs-appellants in the above captioned matter.
2. Plaintiffs-Appellants' Brief and Appendix were due on January 2, 2025;
3. By December 31, 2024, I realized I would not have adequate time to complete the necessary documents; nor was I aware the Court would not be not be in session on December 31, 2024—the last day to file for an extension before a dismissal would be entered.
4. Additionally, I am sight impaired with a verifiable vision disability that takes longer to review documents.
5. I am not asking for an accommodation out of the ordinary under any circumstances, and it does not appear that any of the parties will be prejudiced is the relief herein were granted.

6. Respectfully, I request defendant-appellants' appeal be reinstated with permission to file the brief and appendix *nunc pro tunc*.

Dated: January 27, 2025

Anthony N. Iannarelli Jr().
Anthony N. Iannarelli Jr.
Attorney for Plaintiffs