# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 24-2370

Caption [use short title]

Motion for: To Reinstate plainitff-appellants appeal and file brief and appendix.

Set forth below precise, complete statement of relief sought:

Counsel is being treated for a medical issue regarding vision. Please see note asking for accomodation by Tamara Lenis, MD Extended time was needed to file plaintiffs-appellates' brief and appendix. Because the request for additonal time was late, the appeal was dismissed.

Mohamed John Akhtar et al. v. Adams et al. Eric M. Eisenberg

MOVING PARTY: Mohamed John Akhtar et al.
OPPOSING PARTY: Eric M. Eisenberg Pro se

[ ] Plaintiff  [ ] Defendant
[✔] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: Anthony N. Iannarelli Jr.
OPPOSING ATTORNEY: Eric M. Eisenberg, Pro Se

[name of attorney, with firm, address, phone number and e-mail]

74 Lafayette Ave., Suite 202 # 116
Suffern, New York 33130
212-431-1031. anilaw2@gmail.com

Eric M. Eisenberg
Unit 1408, 1300 S. Miami Ave, Miami, FL 33130
518-573-2724. ericeis@gmail.com

Court- Judge/ Agency appealed from: Hon. Jessica Clarke, U.S. District Judge

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1)?
[✔] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [ ] No  If yes, enter date:

Signature of Moving Attorney:
_/s/_  Date: 02/05/2025  Service by: [ ] CM/ECF  [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)



Formerly Retina Associates of NJ

www.njretina.com

Richard M. Klein, MD
Michael J. Harris, MD
Stuart W. Noorily, MD
Christopher M. Seery, MD
Steven A. Madreperla, MD, PhD
Leonard Feiner, MD, PhD
David Y. Kim, MD
Vinod B. Voleti, MD

January 3, 2025

To Whom It May Concern:

I have been treating Anthony Iannarelli Jr. for macular degeneration over the past year. He may experience long-term limitations in the vision of his left eye. He has scheduled retinal appointments every 4 weeks for necessary treatment.

Any consideration that can be offered to alleviate his functional challenges at work would be greatly appreciated. If he requires time extensions for his tasks, please make the necessary accommodations.

Please contact me if you have any questions.

Thank you,

Tamara Lenis, MD

628 Cedar Lane
Teaneck, NJ 07666
T: 201-837-7300
F: 201-836-6426

1044 Route 23 North
Wayne, NJ 07470
T: 973-633-9898
F: 973-633-3892

5 Franklin Avenue, Suite G5
Belleville, NJ 07109
T: 973-450-5100
F: 973-450-9494

2952 Vauxhall Road
Vauxhall, NJ 07088
T: 908-349-8155
F: 908-349-8134

3196 Kennedy Boulevard
Union City, NJ 07087
T: 201-867-2999
F: 201-867-4440

200 S. Broad Street
Ridgewood, NJ 07450
T: 201-445-6622
F: 201-445-0262

182 South Street, Suite 5
Morristown, NJ 07960
T: 973-630-7700
F: 973-605-5807

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>　　Plaintiffs - Appellants,<br><br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br><br>　　Defendants - Appellees,<br><br>Jane Does 1-30, John Does 1-30,<br><br>　　Defendants. | Case No. 24-2370<br><br>Notice of Motion to Reinstate Appeal and file Plaintiff–Appellants' Brief and Appendix |

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms, under the penalty of perjury, to the truth of the following:

1. I represent plaintiffs–appellants in the above captioned matter.
2. Plaintiffs–Appellants' Brief and Appendix were due on January 2, 2025;

3. By December 31, 2024, I realized I would not have adequate time to complete the necessary documents; nor was I aware the Court would not be in session on December 31, 2024—the last day to file for an extension before a dismissal would be entered.

4. As it turned out, the request for an extension was not filed timely and the appeal herein was dismissed.

5. I am sight impaired with a verifiable vision disability so it takes longer to review documents. (See note form Tarmara Lenis, M.D., attached). While the medical condition is significant, for which I am still undergoing treatment, the accommodation makes it possible to function as an attorney,

6. It does not appear the parties will be prejudiced if the relief herein is granted. The additional time sought is not excessive under ordinary circumstances

7. Respectfully, I request defendant-appellants' appeal be reinstated with permission to file the brief and appendix *nunc pro tunc.*

Dated: February 5, 2025

Anthony N. Iannarelli Jr.
Attorney for plaintiffs-appellants

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>    **Plaintiffs - Appellants,**<br><br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br><br>    **Defendants - Appellees,**<br><br>Jane Does 1-30, John Does 1-30,<br><br>    **Defendants.** | Case No. 24-2370<br><br>Affirmation of Service |

    Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

    1. On Tuesday February 4, 2025, I personally shipped six copies each of plaintiffs-appellants' brief and appendix, containing revisions and correction of caption, by pre-paid United Parcel Service shipped to the United States Court of Appeals for the Second Circuit, at the

Thurgood Marshall United States Courthouse in New York City. The address is 40 Foley Square, New York, NY 10007;

2. On Wednesday, February 5, 2025, I personally mailed, by United States Mail, Priority Service with tracking, two copies of the same plaintiff–appellants' brief and one copy of the same appendix to defendant–appellee Eric M. Eisenberg, at Unit 1408, 1300 S Miami Avenue Miami, FL 33130, along with the motion herein;

3. On Tuesday, February 4, 2025 I personally mailed, by United States Mail, Priority Service with tracking, two copies of the same plaintiff–appellants' brief and one copy of the same appendix to defendant–appellee Eric M. Eisenberg, *Pro se* at 454 West 46th Street, Apt. 1ES New York, New York 10036-8804;

and

4. Counsel for New York City government defendants, via the Court's ACMS on or about February 3, 2025, to;

> David Alan Rosinus, Jr., Esq.
> Assistant Corporation Counsel
> New York City Law Department
> Appeals Division
> 100 Church Street
> New York, NY 10007

I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated: February 5, 2025

Anthony N. Iannarelli Jr.
Attorney for Plaintiff-Appellants