# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of February, two thousand twenty-five.

Before:     William J. Nardini,
                   *Circuit Judge.*

---

Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,

      Plaintiffs - Appellants,

  v.

Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,

      Defendants – Appellees.

---

**ORDER**

Docket No. 24-2370

      Appellants move to reinstate this appeal which was dismissed on a briefing default.

      IT IS HEREBY ORDERED that the motion to reinstate is GRANTED. Appellees must file a Local Rule 31.2 scheduling notification within 14 days of the date of this order.

                               For the Court:

                               Catherine O'Hagan Wolfe,
                               Clerk of Court

