# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club, <br><br>　　Plaintiffs - Appellants, <br><br>v. <br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, <br><br>　　Defendants - Appellees, <br><br>Jane Does 1-30, John Does 1-30, <br><br>　　Defendants. | Case No. 24-2370 |

## AFFIRMATION OF SERVICE

Anthony N. Iannarelli Jr. an Attorney at Law of the State of New York, affirms, under the penalty of perjury, to the truth of the following:

1. I represent plaintiffs-appellants in the above captioned matter.

2. Supplement/Additional Service upon defendant-appellant Eric M. Eisenberg, was made by the packaging of two copies of Plaintiffs-Appellants' Brief and one copy of the Appendix, along with a Notice of Motion, and mailed postage paid on February 14, 2025, by U.S.

Priority Mail, to defendant-appellant Eric M. Eisenberg, as has been identified through official documents as his New York address, and mailed to:

Eric M. Eisenberg
454 West 46th Street
Unit 1ES
New York, New York 10036

3. The source of defendant-appellant's address was confirmed by two voter registration documents identifying a registered voter with the name Eric M. Eisenberg, and an address of 454 West 46 Street, 1ES, New York, New York 10036-1003, attached as Exhibit 1.

4. Corroboration by photographic evidence, of the documentary evidence in § 3 above, was obtained on February 11, 2025 by personal appearance at the 454 West 46 Street location and by looking up the name Eric M. Eisenberg in the residential directory and pressing the button for the named individual. Exhibit 2.

I affirm to the truth of the following made upon my knowledge and understand I can be subject to punishment for any statement intentionally made false.

Dated: February 20, 2025

Anthony N. Iannarelli Jr.
Attorney for plaintiffs-appellants

SKIP TO MAIN CONTENT

## Poll Site, Registration, and Mail Ballot Information

**Polling Place Information**

**Early Voting Poll Site**

For Early Voting locations and times in your area, please follow this link through to your County Board of Elections (https://findmypollsite.vote.nyc/) website.

**Election Day Poll Site**

Please click on the following link to find your polling place

https://findmypollsite.vote.nyc/ (https://findmypollsite.vote.nyc/)

**Voter Information**

Name : EISENBERG, ERIC M
Address : 454 WEST 46 STREET 1ES, NEW YORK 10036-1003
Mailing Address (if any) :
Political Party : Democratic
Voter Status : Active

**Voter District Information**

Election District : 51
County Legislative District : 0
Senate District : 47
Assembly District : 75
Congressional District : 12
Town : NEW YORK
Ward :

New Search

Exhibit 1

https://voterlookup.elections.ny.gov





### Registered Voter Search

Personal Information

Only voters registered in New York City voters will be found in this system.

Please enter your information *exactly* as it appears on your voter record. Failure to do so may result in "Record Not Found".

*All Fields Are Required

| First Name | Last Name | Birth Date |
|---|---|---|
| eric | eisenberg | 07  14  1983 |

| Borough | Zip Code |
|---|---|
| Manhattan | 10036 |

Search

1-866-VOTE-NYC



(Exhibit 2)