

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**D. ALAN ROSINUS, JR.**
Phone: (212) 356-0854
E-mail: arosinus@law.nyc.gov

February 21, 2025

**By ACMS**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *Akhtar v. Aggarwala*, Docket No. 24-2370

Dear Ms. O'Hagan Wolfe:

    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, the Corporation Counsel of the City of New York, who represents defendants-appellees Eric Adams, Rohit T. Aggarwala, and New York City Department of Environmental Protection (collectively, "City appellees") in the above-referenced appeal. I write to request a deadline for filing the City appellees' brief.

    This Court reinstated this appeal on February 7, 2025. Accordingly, I respectfully request under Local Rule 31.2(a)(1)(B) that this Court set May 9, 2025 as the due date for the City appellees' brief. This date is within 91 days of the date of the reinstatement of this appeal.

Respectfully,

/s/

D. Alan Rosinus, Jr.

cc (by ACMS):     Anthony N. Iannarelli, Jr., Esq.
                       Attorney for appellants

cc (by e-mail): Eric M. Eisenberg
ericeis@gmail.com
Pro se co-appellee