### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 24-2370

Motion for: Extension of Time to Respond to Motion

Caption [use short title]

Set forth below precise, complete statement of relief sought:

Plaintiff-appellant Akhtar to file a Response, to a Motion to

Vacate filed by defendant-appellee Eric M. Eisenberg, with

the Response to be filed on or before 02/28/2025.

Mohamed John Akhtar, et al

Plaintiff-Appellant

v.

Eric Adams et al. &

Eric M. Eisenberg

Defendant -Appellee

It is respectfully requested that an entension to respond be

granted to 02/28/2025

MOVING PARTY: Mohamed John Akhtar, et al.

OPPOSING PARTY: Eric M. Eisenberg, Esq.  pro se

- [ ] Plaintiff
- [ ] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

MOVING ATTORNEY: Anthony N. Iannarelli Jr.

OPPOSING ATTORNEY: Eric M. Eisenberg, Esq.  pro se

[name of attorney, with firm, address, phone number and e-mail]

Anthony N. Iannarelli Jr.

74 Lafayette Avenue, Suite 202. # 116

Suffern, N.Y.  10901

454 West 46th Street, Unit 1ES, New York, NY

&

Court- Judge/ Agency appealed from: Hon. Jessica Clarke, U.S. Judge,  U.S. Dist. Court

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [✓] Yes [ ] No (explain): I have asked via email but
still have not received an answer so I assume there will be opposition.

Opposing counsel's position on motion:
- [ ] Unopposed [ ] Opposed [✓] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes [ ] No [✓] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [✓] No
Has this relief been previously sought in this court? [ ] Yes [✓] No
Requested return date and explanation of emergency: n/a

Signature of Moving Attorney:

_____ Date: 02/21/2025   Service by: [✓] CM/ECF [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Mohamed John Akhtar, La Buca
Restaurant, Inc.,  DBA Swing 46
Jazz and Supper Club,

     Plaintiffs - Appellants,

  v.

Eric Adams, Mayor of the City of
New York, Rohit T.
Aggarwala, New York City
Department of Environmental
Protection, Eric M. Eisenberg,

     Defendants - Appellees,

Jane Does 1-30, John Does 1-30,

     Defendants.

Case No.  24–2370

Notice of Motion for a Time
Accommodation and for an
Extension of Time to Respond
To a Motion

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms, under the penalty of perjury, to the truth of the following:

1. I represent plaintiffs–appellants in the above captioned matter.

2. I need to ask for a medical accommodation for additional time to respond to a Motion to Vacate, dated February 12, 2025, filed by defendant–appellant Eric M. Eisenberg.

3. I must ask for additional time because of my visual impairment, along with other conflicts due to previously

scheduled events before other courts.  (Please see report of Dr. Tamara Lenis, M.D., attached as Exhibit 1)

4.   I would prefer to have this request under seal, as I believe is my right, but when a similar request was previously made in the district court, it was vigorously opposed.   I am making a limited waiver of my right to privacy to keep the  appeal on track and I ask this disclosure be used solely for the purpose of this motion.

5.   So it is clear, my waiver is limited to the report of my medical condition prepared by Dr. Tamara Lenis, M.D. and dated January 3, 2025, but no other records.

6.  I would like to have a response to the Motion on or before Friday, February 28, 2025.

7. I have  communicated  to defendant–appellee Eric M. Eisenberg via email for his position on this request, but I have not received a definitive response.  I must assume there will be opposition to this motion.

I affirm to the truth of the foregoing and aware that I may be subject to punishment for any statement intentionally made false.

Dated: February 21, 2025          _____

Anthony N. Iannarelli Jr.

Attorney for plaintiffs–appellants

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

**Mohamed John Akhtar, La Buca Restaurant, Inc.,  DBA Swing 46 Jazz and Supper Club,**

**Plaintiffs - Appellants,**

**v.**

**Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,**

**Defendants - Appellees,**

**Jane Does 1-30, John Does 1-30,**

**Defendants.**

Case No.  24–2370

Affirmation of Service

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following: Today, Friday,  February 21, 2025,

1.  I transmitted the Motion herein to  defendant–appellee by email at:  Eric Eisenberg <ericeis@gmail.com> and Eric Eisenberg <ericnoise@hotmail.com> , and

2. Additionally, by personally mailing hard copies of the Motion to:

Mr. Eric M. Eisenberg
454 West 46th Street, Apt. 1ES
New York, New York 10036-8804;
&

Eric M. Eisenberg,
1300 S Miami Avenue Unit, 1408,
Miami, FL 33130

I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement intentionally made false.

Dated: February 21, 2025

Anthony N. Iannarelli Jr.
Attorney for Plaintiff-Appellants



*Formerly Retina Associates of NJ*

www.njretina.com

Richard M. Klein, MD
Michael J. Harris, MD
Stuart W. Noorily, MD
Christopher M. Seery, MD
Steven A. Madreperla, MD, PhD
Leonard Feiner, MD, PhD
David Y. Kim, MD
Vinod B. Voleti, MD

January 3, 2025

To Whom It May Concern:

I have been treating Anthony Iannarelli Jr. for macular degeneration over the past year. He may experience long-term limitations in the vision of his left eye. He has scheduled retinal appointments every 4 weeks for necessary treatment.

Any consideration that can be offered to alleviate his functional challenges at work would be greatly appreciated. If he requires time extensions for his tasks, please make the necessary accommodations.

Please contact me if you have any questions.

Thank you,

Tamara Lenis, MD

628 Cedar Lane
Teaneck, NJ 07666
T: 201-837-7300
F: 201-836-6426

1044 Route 23 North
Wayne, NJ 07470
T: 973-633-9898
F: 973-633-3892

5 Franklin Avenue, Suite 65
Belleville, NJ 07109
T: 973-450-5100
F: 973-450-9494

2952 Vauxhall Road
Vauxhall, NJ 07088
T: 908-349-8155
F: 908-349-8134

3196 Kennedy Boulevard
Union City, NJ 07087
T: 201-867-2999
F: 201-867-4440

200 S. Broad Street
Ridgewood, NJ 07450
T: 201-445-6622
F: 201-445-0262

182 South Street, Suite 5
Morristown, NJ 07960
T: 973-630-7700
F: 973-605-5807

Exhibit 1