# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand twenty-five.

Before:     William J. Nardini,
              *Circuit Judge.*

---

Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,

        Plaintiffs - Appellants,

  v.

Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,

        Defendants – Appellees.

**ORDER**

Docket No. 24-2370

---

Appellants request an extension of time until February 28, 2025, to respond to Appellee Eric Eisenberg's motion to reconsider.

Appellants' request for an extension of time to respond to the motion to reconsider is granted in part and denied in part. Counsel for the Appellant shall file a response no later than 11:59 p.m. on February 27, 2025. The Court will not grant Appellants any further extensions.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court