UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br><br>    Defendants - Appellees,<br><br>Jane Does 1-30, John Does 1-30,<br><br>    Defendants. | Case No. 24-2370<br><br><br>Affirmation of Service |

   Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

   1. On Tuesday February 4, 2025, I personally shipped six copies each of plaintiffs-appellants' brief and appendix, containing revisions and correction of caption, by pre-paid United Parcel Service shipped to the United States Court of Appeals for the Second Circuit, at the

Thurgood Marshall United States Courthouse in New York City. The address is 40 Foley Square, New York, NY 10007;

    2. On Tuesday, February 4, 2025 I personally mailed, by United States Mail, Priority Service with tracking, two copies of the same plaintiff-appellants' brief and one copy of the same appendix to defendant-appellee Eric M. Eisenberg, *Pro se* at 454 West 46th Street, Apt. 1ES New York, New York 10036-8804;

    3. On Wednesday, February 5, 2025, I personally mailed, by United States Mail, Priority Service with tracking, two copies of the same plaintiff-appellants' brief and one copy of the same appendix to defendant-appellee Eric M. Eisenberg, at Unit 1408, 1300 S Miami Avenue Miami, FL 33130, along with the motion herein;

And

    4. Counsel for New York City government defendants, via the Court's ACMS on or about February 3, 2025, to;

> David Alan Rosinus, Jr., Esq.
> Assistant Corporation Counsel
> New York City Law Department
> Appeals Division
> 100 Church Street
> New York, NY 10007

I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated: February 5, 2025

                                                  Anthony N. Iannarelli Jr.
                                                  Attorney for Plaintiff-Appellants