UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc.,  DBA Swing 46 Jazz and Supper Club,<br><br>    Plaintiffs – Appellants,<br><br>  v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br><br>    Defendants – Appellees,<br><br>Jane Does 1-30, John Does 1-30,<br><br>    Defendants. | Case No.  24–2370<br><br>Affirmation of Anthony N. Iannarelli Jr. , Attorney for  Plaintiffs-Appellants, in Opposition to Defendant-Appellees'  Motion to Reconsider or Vacate the Reinstatement Order, to Reject Plaintiffs' Brief and Appendix, to Correct the Caption, and for Sanctions. |

<u>AFFIRMATION</u>

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

1. I have reviewed defendant-appellants Eric M. Eisenberg's moving

1

Note: The exhibits mentioned in text are hyperlinked to the corresponding page with the exhibit.

papers in support of his Motion, and I find them to be troubling. In the

District Court below, and now this Court, I have repeatedly come under

personal attack by Mr. Eisenberg.   I deny his allegations, and must add

that I have been an educator, public servant, judicial law clerk, prosecuting

attorney in two states, member of an attorney ethics panel and now

practicing attorney for thirty-seven years, and I have never been accused of

any of the acts Mr. Eisenberg has alleged in supporting his moving papers.

While his public pronouncements are dishonest enough, some of the

comments outside of the record that he has made to me are utterly vile.

Others present as attempts of intimidation.

   2.  I make a general denial of his allegations in that they are not

supported by the evidence, and will leave it at that.    My goal is to remain

an effective appellate counsel for my clients, plaintiffs-appellants, and to

keep the case moving along. I am not asking for intervention as to Mr.

Eisenberg's behaviors because that would only serve as a distraction from

the merits of the case.

   3.  Mr. Eisenberg has, to the best of my knowledge, been served on

each and every event that has occurred in the case on appeal.  I realize

that plaintiffs-appellants must accept the burden of Mr. Eisenberg selective

use of electronic filing, and must pay for supplement service for the copying

2

and shipping of documents to Mr. Eisenberg at his preferred mailing address in Miami, Florida.

4.  This is most unfortunate because plaintiffs-appellants can neither afford costs, nor attorney fees.  For every special treatment Mr. Eisenberg demands, and false allegations he makes that call for a response, a greater imposition is imposed upon on my clients that brings them one step closer to having the courthouse door slammed in their face.

5. Mr. Eisenberg claims he is not being served with moving papers, although he clearly uses the Court's electronic filing when it is convenient for him.  It is utterly unbelievable that he would make such a contention while he is utilizing electronic filing for his very motion herein.  See DKT Entry: 82 of 02/12/2025.  Mr. Eisenberg first used electronic filing for correspondence to the Court going back to September 20, 2024,  DKT Entry: 9 of  09/20/2024.  He appears to use the system for monitoring because there is not an item he misses to complain about.

6.  Mr. Eisenberg has been proactively avoiding service in this case from the very beginning.  Demanding to have papers served in Miami, Florida, serves no legitimate purpose other than an attempt to avoid the jurisdiction of this Court.  Mr. Eisenberg has, and continues to be a New

York resident, and more particularly during the commission of his acts

plaintiffs-appellants allege in their complaint.

7. Mr. Eisenberg's New York residency has been established with the

following Exhibits: a.) Mr. Eisenberg is currently registered to vote in New

York with a State of New York residential address of 454 West 46 Street

1Es, New York; b.) a current voter registration with the Board of Elections

for the City of New York in the Borough of Manhattan; c.) earlier this month

I have personally gone to a residential location at 454 West 46th Street,

New York and observed and photographed a residents' directory revealing

the name Eric Eisenberg; d.) at the time I utilized the residents' directory to

call his dwelling with the name of Eric Eisenberg appearing on the screen;

e.) I have gone to his door (to serve summons and amended complaint)

and observed a priority mail package, that I recognized I had shipped via

U.S. Mail several days earlier, containing plaintiff-appellants' brief and

appendix displaying the Eisenberg address with my return address; ( I

also received verbal confirmation with the residential superintendent that an

Eric Eisenberg currently resides at the 454 W. 46th Street, Unit 1ES

address); f.) a professional listing with an "Eric M. Eisenberg Counsel"

with an address of 405 Lexington Avenue, 48th Floor, New York, NY; g.) a

2022 New York State Supreme Court Complaint stating in ¶1 an Eric

Eisenberg "was and still is resident of the County, City and State of New York, and a review of the docket did not reveal a change of address; h.) a New York State Unified Court System filing listing a post office box address for an Eric Mitchell Eisenberg within New York County;  i.)  recent observations by witnesses observing Eric M. Eisenberg in the vicinity of plaintiffs-appellants' business at 349 W 46th St, New York, NY, and being photographed, on October 9, 2024,  and identified by a witness as Eric M. Eisenberg, while  trespassing on the property  and staring at a woman working inside  for an extended period of time; and j.) this occurred after he had been told not to trespass and well after a year the complaint had been filed against him for harassment.  Not even a federal cause of action appears to deter Mr. Eisenberg from acting inappropriately towards plaintiffs-appellants.

   8.  While 1300 S. Miami Avenue, Miami, Florida may be a preferred mailing address the following exhibits reveal that  k.) there is a valid basis for the belief that Eric M. Eisenberg has only a mailing address for personal convenience at 1300 S. Miami Avenue, Unit 1408, Miami, because of a "2024 Real Estate Property Taxes"  that is directed to a Christina Yu, with an address of 454 West 46th Street, Apt. 1ES, New York, NY 10036 (Mr. Eisenberg's residential address; l.) a property information search for 1300

S. Miami Avenue, Unit 1408, listing an identifier indicating the lack of homestead tax, meaning the address is not used as a primary residence.

9.  An appalling demand that Mr. Eisenberg makes to this Court is that plaintiffs-appellants' appeal should not be considered because, as he purports,  plaintiffs-appellants' Objection to the Magistrate Judge's Report & Recommendation was untimely, having been filed on June 21, 2024. What Mr. Eisenberg leaves out is plaintiff-appellants had permission and that he filed his ON THE VERY SAME DATE! *id.*

10.     At first glance this may appear to be just a case of Mr. Eisenberg expecting to treated more favorably than the other litigants.  But it is not just that; rather, it is a material omission, made in the face of the Court, in which Mr. Eisenberg sought to gain an undeserved benefit to the detriment of plaintiffs-appellants. Absolutely nothing seems to deter Mr. Eisenberg.

11.     Plaintiffs-appellants have a valid concern that the statute of limitations is about to run beyond time for their case.  The original complaint was filed in the district court on July 31, 2023. Discovery was halted pending the resolution of defendants-appellees dispositive motions for dismissal. The Report and Recommendation was filed on June 5, 2024. Dist. Ct. DKT  72.

6

12.     On August 19, 2024, the district court adopted the report and

Recommendation, dismissing with prejudice as to the New York City

defendants, and dismissing without prejudice as to Mr. Eisenberg. While

some of the delay can be attributed to plaintiffs-appellants, more than a

year had gone by and the case was at a standstill.  No discovery, hearings,

nor settlement conferences held. Plaintiffs-appellants filed both an appeal

of the dismissal with prejudice,  and permission to file an interlocutory

appeal for the dismissal without prejudice.

13.     But significantly,  the dismissal without prejudice is, or will soon

to be dispositive and final, particularly given the statute of limitations

issue. Those issues are ripe for review and potentially a case of first

impression because of Mr. Eisenberg's behavior in denying service of

process. Interests of justice cry out for review before it becomes too late.

14.     A major problem with the case has been that Mr. Eisenberg has

refused to acknowledge service of the summons and complaint.  Plaintiffs-

appellants are of the belief that Mr. Eisenberg had actually been served as

far back as December 2023, but he continues to deny service.

15.     Currently plaintiffs-appellants are under an Order, dated

February 6, 2025,  by the  Magistrate Judge to serve Mr. Eisenberg in

Miami, Florida by March 10, 2025.   Dist. Ct. DKT  121. But already it

7

appears that service at Mr. Eisenberg's preferred location of 1300 S.

Miami Avenue, a large condominium complex, might not be possible.

16.     When I attempted to address this issue with Mr. Eisenberg

he sent me a stark message in an email, February 23, 2025, wherein he

states that "you and/or your clients will be liable for damages." I take that

to be a direct attempt at intimidation while I am attempting to carry out a

court order. Exhibit M.

17.     But Mr. Eisenberg does not end it there in that email of

February 24, 2025, he states he is being targeted in a "clearly antisemitic

manner." This is not the first time Mr. Eisenberg has made such a claim. It

is a horrible thing to say and could not be further from the truth. I am

shocked by this; I have always been gracious to Mr. Eisenberg regardless

of how he has treated me. I have asked Mr. Eisenberg for any evidence to

support such a claim, but he has not responded. His reply has been, in

sum, he is reserving his rights to take legal action. *Id*. I view this as

another attempt by Mr. Eisenberg to intimidate plaintiff-appellants.

18.     I am confident that Mr. Eisenberg has received all of the

pleadings, and I have reached out to him to ask what, if anything, he might

need? I will continue, as I have been doing, to serve Mr. Eisenberg by both

email and postal delivery.

8

19.     Based upon the foregoing, I respectfully request that all of Eric M. Eisenberg's Motions, along with any related pleadings, be denied.

I declare under penalty of perjury to the truth to the foregoing. I am aware that I can be subject to punishment for any statement knowingly made false.

Dated:   February 27, 2025

Anthony N. Iannarelli Jr.
Attorney  for Plainiffs-Appellants

9

Exhibit  A

Voter Details Screen for VoterLookUp

SKIP TO MAIN CONTENT

Poll Site, Registration, and Mail Ballot Information

**Polling Place Information**

**Early Voting Poll Site**

For Early Voting locations and times in your area, please follow this link through to your County Board of Elections (https://findmypollsite.vote.nyc/) website.

**Election Day Poll Site**

Please click on the following link to find your polling place

https://findmypollsite.vote.nyc/ (https://findmypollsite.vote.nyc/)

**Voter Information**

Name : EISENBERG, ERIC M
Address : 454 WEST 46 STREET 1ES, NEW YORK, NEW YORK 10036-1003
Mailing Address (if any) :
Political Party : Democratic
Voter Status : Active

**Voter District Information**

Election District : 51
County Legislative District : 0
Senate District : 47
Assembly District : 75
Congressional District : 12
Town : NEW YORK
Ward :

New Search

Exhibit 1

https://voterlookup.elections.ny.gov

Exhibit  B


**BOARD OF ELECTIONS**
**IN THE CITY OF NEW YORK**



🔍 **Registered Voter Search**

**Personal Information**

Only voters registered in New York City voters will be found in this system.

Please enter your information *exactly* as it appears on your voter record. Failure to do so may result in "Record Not Found".

*All Fields Are Required

| First Name | Last Name | Birth Date |
|---|---|---|
| eric | eisenberg | ▆ ▆ ▆ |

| Borough | Zip Code |
|---|---|
| Manhattan ⌄ | 10036 |

Search ›

Exhibit C



Exhibit  D

Exhibit  E



Exhibit  F

https://www.arelaw.com/professional/eisenber



# Eric M. Eisenberg Counsel



Eric's practice focuses on intellectual property procurement, counseling, and litigation, including with respect to trademark, patent, copyright, false advertising and unfair competition matters. Eric is experienced with technical areas including the computer, mechanical and consumer product fields.

### IN THE PRESS

- **The Trademark Lawyer Features the Arrival of Lawyers and Other Colleagues from Cooper & Dunham**

- **IPWatchdog Notes Arrival of Cooper & Dunham Lawyers to Amster Rothstein & Ebenstein**

view all »

Direct 212 336 8194
Main 212-336-8000
Fax 212-336-8001

405 Lexington Avenue
48th Floor
New York, NY 10174

**BAR ADMISSIONS**
- New York
- United States Courts of Appeal for the Federal Circuit
- United States District Court for the Southern District of New York
- United States Patent & Trademark Office

**Education**
- Columbia Law School, J.D., 2008 (Columbia Business Law Review, Harlan Fiske Stone Scholar for each year of attendance)
- Dartmouth College, B.A., 2005 (magna cum laude, Computer Science and Philosophy Double Major)

**Professional Associations & Memberships**
- New York Intellectual Property Law Association (NYIPLA)

**Honors & Awards**
- Selected to Super Lawyers Rising Stars, each year from 2014 through 2021 (Intellectual Property, Intellectual Property Litigation)
- Identified as a "Top Rated Intellectual Property Attorney in New York, NY" by Super Lawyers

**Representative Matters**
- Successful prosecution of domestic trademark and patent portfolios before USPTO. Management of foreign prosecution based on international applications
- Successful negotiation of amicable resolution to UDRP Internet domain name proceeding, which was brought against client by major appliance manufacturer, where client retained the disputed domain name
- *Intermetro Industries v. Enovate Medical* (Successfully obtained finding during IPR of unpatentability of all instituted claims of two patents relating to computer desks. Decision affirmed by Federal Circuit)
- *Adama Makhteshim Ltd. v. Finchimica S.p.A.* (During IPR, successfully obtained finding of unpatentability of all claims at issue, relating to a method of pesticide production, by the Patent Trial and Appeal Board. Decision affirmed by Federal Circuit)
- *SCG Characters LLC v. Telebrands Corp. et al* (Successfully obtained dismissal, on motion to dismiss, of lawsuit for patent infringement)

405 LEXINGTON AVENUE, NEW YORK, NEW YORK 10174 / 212 336 8000 /
WWW.ARELAW.COM

©2007-2023 Amster Rothstein & Ebenstein LLP.    All rights reserved.

12/26/23, 8:49 PM

Exhibit  G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------X

ERIC EISENBERG,

      Plaintiff,

  -against-

AMAZON LOGISTICS, INC., "ALPHA CARTING
COMPANY" (name being fictitious as the true identity
is currently unknown) and "BETA CARTING COMPANY"
(name being identity is currently
unknown), BERNARD WILSON, ANTONIO "DOE"
(name being fictitious as the true identity is currently
unknown), KURT "ROE" (name being fictitious as the
true identity is currently unknown),

      Defendants.

-------------------------------------------------------------------------X

Index No.:

**VERIFIED COMPLAINT**

Plaintiff, ERIC EISENBERG, by his attorneys, the LAW OFFICE OF RICHARD M.

KENNY, complaining of the defendant, alleges the following upon information and belief:

  1.  That at all times herein mentioned, the plaintiff, ERIC EISENBERG, was and still

is a resident of t he County, City and State of New York.

  2.  That at all times herein mentioned, the defendant, AMAZON LOGISTICS INC.,

(hereinafter referred to as "AMAZON"), was and still is a foreign business corporation doing

business within the State of New York, with a principal place of business located in Seattle,

Washington.

  3.  That at all times herein mentioned, the defendant, ALPHA CARTING

COMPANY, (hereinafter referred to as "ALPHA"), was and still is a domestic corporation, duly

existing under and by virtue of the laws of the State of New York.

1

Exhibit  H

# New York State Unified Court System

Skip To:  Content | Navigation

## Attorney Online Services - Search

**Close**

### Attorney Detail Report *as of 02/04/2025*

| | |
|---|---|
| **Registration Number:** | 4771804 |
| **Name:** | ERIC MITCHELL EISENBERG |
| **Business Name:** | ERIC EISENBERG |
| **Business Address:** | PO BOX 2452<br>NEW YORK, NY 10108-2452<br>(New York County) |
| **Business Phone:** | (518) 573-2714 |
| **Email:** | ERICEIS@GMAIL.COM |
| **Date Admitted:** | 12/08/2009 |
| **Appellate Division Department of Admission:** | 1st |
| **Law School:** | Columbia Law School |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Jul 2025 |

### Disciplinary History

*No record of discipline*



The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

 Attorney Services

Close

Exhibit I



Oct 9, 2024
Manhattan
2:00

Exhibit J



Exhibit K

Paid By FIRSTBANK FLORIDA

Miami-Dade County, Florida     Paid 11/26/2024    Receipt # EEX-25-000249     $7,574.84

# 2024   Real Estate Property Taxes
## Notice of Ad Valorem Tax and Non-Ad Valorem Assessments
### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 01-4139-126-2700 | MIAMI | 0101 |

CHRISTINA YU
454 W 46 ST APT 1ES
NEW YORK, NY   10036

Property Address
1300 S MIAMI AVE 1408

Exemptions:

| AD VALOREM TAXES | | | |
|---|---|---|---|
| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE PER | $1,000 OF TAXABLE VALUE | TAXES LEVIED |
| Miami-Dade School Board | | | | |
| School Board Operating | 388,200 | 5.46800 | 388,200 | 2,122.67 |
| School Board Debt Service | 388,200 | 0.13400 | 388,200 | 52.02 |
| Voted School Operating | 388,200 | 1.00000 | 388,200 | 388.20 |
| State and Other | | | | |
| Florida Inland Navigation District | 384,318 | 0.02880 | 384,318 | 11.07 |
| South Florida Water Management District | 384,318 | 0.09480 | 384,318 | 36.43 |
| Okeechobee Basin | 384,318 | 0.10260 | 384,318 | 39.43 |
| Everglades Construction Project | 384,318 | 0.03270 | 384,318 | 12.57 |
| Childrens Trust Authority | 384,318 | 0.50000 | 384,318 | 192.16 |
| Miami-Dade County | | | | |
| County Wide Operating | 384,318 | 4.57000 | 384,318 | 1,757.87 |
| County Wide Debt Service | 384,318 | 0.42710 | 384,318 | 164.14 |
| Library District | 384,318 | 0.28120 | 384,318 | 108.07 |
| | | | | |
| Municipal Governing Board | | | | |
| Miami Operating | 384,318 | 7.13640 | 384,318 | 2,742.65 |
| Miami Debt Service | 384,318 | 0.25360 | 384,318 | 97.46 |
| Miami Miscellaneous | 384,318 | 0.43120 | 384,318 | 165.72 |

| NON-AD VALOREM ASSESSMENTS | | | |
|---|---|---|---|
| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
| | | | |

| AMOUNT IF PAID BY (pay only one amount) | | | | Combined Taxes and Assessments |
|---|---|---|---|---|
| Nov 30, 2024 $0.00 | | | | $7,890.46 |

↑ RETAIN FOR YOUR RECORDS ↑

---

## 2024   Real Estate Property Taxes

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

| PAY ONLY ONE AMOUNT |
|---|
| If Paid By  Please Pay |
| Nov 30, 2024  $0.00 |

01-4139-126-2700
FOLIO NUMBER
1300 S MIAMI AVE 1408

PROPERTY ADDRESS

LEGAL DESCRIPTION
1300 S MIAMI AVENUE CONDO
UNIT 1408
UNDIV 0.00141218%
INT IN COMMON ELEMENTS
OFF REC 28717



*1+014139126 2700+2024*

Mail your payment, in U.S. Funds from a U.S. bank, and payable to:
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
200 NW 2nd Avenue, Miami, FL 33128

Scan to pay

CHRISTINA YU
454 W 46 ST APT 1ES
NEW YORK, NY   10036

10000000000000000000141391262700202400000000000000000000000005

Exhibit  L

| HOME | EXEMPTIONS & OTHER | REAL ESTATE | TANGIBLE PERSONAL PROPERTY | PUBLIC RECORDS | ONLINE TOOLS | TAX ROLL ADMINISTRATION | ABOUT US | CONTAC US |

ADDRESS    OWNER NAME    SUBDIVISION NAME    FOLIO

**SEARCH:**  Owner Name        |  🔍        Back to Search Results

## PROPERTY INFORMATION ⓘ

**Folio:**  01-4139-126-2700

**Sub-Division:**
1300 S MIAMI AVENUE CONDO

**Property Address**
1300 S MIAMI AVE   UNIT: 1408

**Owner**
CHRISTINA YU

**Mailing Address**
454 W 46 ST APT 1ES
NEW YORK, NY 10036

**PA Primary Zone**
6408 RAPID TRANSIT-HIGH DENSIT

**Primary Land Use**
0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL

| | |
|---|---|
| Beds / Baths /Half | 1 / 1 / 1 |
| Floors | 0 |
| Living Units | 1 |
| Actual Area | |
| Living Area | 649 Sq.Ft |
| Adjusted Area | 649 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 2016 |

🔍+ 🔍− 📝 ⬚ ↻ ⬈ 🔒 ZOOM    Map View ▼    Layers ▼



SW 13TH ST \ CORAL WAY

2024 Aerial Photography
60 ft

**Featured Online Tools**

| | | |
|---|---|---|
| Comparable Sales | Glossary | PA Additional Online Tools |
| Property Record Cards | Property Search Help | Property Taxes |
| Report Discrepancies | Report Homestead Fraud | Special Taxing Districts and Other Non-Ad valorem Assessments |
| Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | Tax Visualizer | |

## ASSESSMENT INFORMATION ⓘ

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $368,790 | $349,380 | $283,672 |
| Assessed Value | $368,790 | $349,380 | $262,770 |

## TAXABLE VALUE INFORMATION ⓘ

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $368,790 | $349,380 | $262,770 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $368,790 | $349,380 | $283,672 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $368,790 | $349,380 | $262,770 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $368,790 | $349,380 | $262,770 |

## BENEFITS INFORMATION ⓘ

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | | | $20,902 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION ⓘ

1300 S MIAMI AVENUE CONDO
UNIT 1408
UNDIV 0.00141218%
INT IN COMMON ELEMENTS
OFF REC 28717-2894

## SALES INFORMATION ⓘ

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 |
|---|---|---|---|---|
| 11/23/2022 | $514,000 | 33487-4045 | Qual by exam of deed | PATAGONIA ESTATES LLC |
| 11/14/2016 | $397,900 | 30315-4107 | Qual by exam of deed | PRH 1300 S MIAMI AVENUE LLC |

Exhibit M

 **Gmail**

Anthony Iannarelli <anilaw2@gmail.com>

---

# Service of Summons and Amended complaint

4 messages

---

**Anthony Iannarelli** <anilaw2@gmail.com>                                                  Sun, Feb 23, 2025 at 1:10 PM
To: Eric Eisenberg <ericeis@gmail.com>, Eric Eisenberg <ericnoise@hotmail.com>

    Dear Mr. Eisenberg, As you are aware plaintiffs have been directed by the Court to serve Summons and Amended Complaint upon you. Your chosen address at 1300 S. Miami Avenue, Unit 1408, Miami, FL 33130 as your mailing address. Is that a location where you would like to be served?

    If so, It has been determined that location is a highrise condominium complex. Can you advise whether or not the process server will encounter any issues as to entering at the main entrance? If there are frontdesk personnel, would you kindly leave word
to allow for access.

    Alternatively, if you would like to meet the process server at another location we can arrange for that.

    Thank you for your prompt attention to this matter. Sincerely, Anthony Iannarelli, Esq.

Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

---

**Eric Eisenberg** <ericeis@gmail.com>                                                       Sun, Feb 23, 2025 at 1:16 PM
To: Anthony Iannarelli <anilaw2@gmail.com>

Dear Mr. Iannarelli,

I believe your below communication is in violation of Florida, if not also New York, law, and may make you and/or your clients liable for damages. Please advise within one business day whether you will agree to withdraw your below correspondence.

Absence such withdrawal, I may be forced to seek redress in a court of law.

Sent with full reservation of rights.

Best,
Eric
[Quoted text hidden]

---

**Anthony Iannarelli** <anilaw2@gmail.com>                                                   Mon, Feb 24, 2025 at 3:40 PM
To: Eric Eisenberg <ericeis@gmail.com>

Dear Mr. Eisenberg, I am in receipt of your email correspondence to me dated 02/23/25. I only wish you would understand that I am trying to be gracious. It is very troubling that you are either accusing me of something, or threatening to bring some kind of action against me. I am the attorney in the case, not the complainant. Please tell me what rule, regulation, or law that you think I have violated?

I have an Amended Order dated 02/06/2025 directing that you be served with the summons and complaint at your Miami address. All I am attempting to do is comply with that Amended Order, and doing so I want to be considerate towards you. I am attaching a copy of the Order for your benefit.

Court orders must be obeyed, and under New York Law the attorney is ultimately responsible for service.

I thought you might have an office somewhere other than the location you have filed with the Court. I am aware that you are not the owner at the listed location, that is, 1300 S. Miami Avenue, Unit 1408, Miami, FL. I thought it might be helpful if the process server went to a location such as an office, as opposed to going to a private condominium residence that is registered under a name other than yours? Additionally, the server would not have to go to a front desk person, or concierge, to state their purpose, that is, the service of summons and complaint upon you?

Now you are giving me an ultimatum to withdraw what I wrote to you by email on 02/23/2025. Of course, I would never intentionally violate neither a Florida nor a New York rule, regulation or law. I will withdraw what I wrote yesterday because you are telling me that, unless I do so, you will commence some sort of action against me. This is not an admission of any wrongdoing on my part, and, as I anticipate further direction as to service from the Court, I make this withdrawal without prejudice.

      Thank you. Anthony Iannarelli, Attorney for Plaintiffs

[Quoted text hidden]

---

 **Mag. Judge Amended Order of 02:06:2025.pdf**
564K

---

**Eric Eisenberg** <ericeis@gmail.com>             Mon, Feb 24, 2025 at 4:37 PM
To: Anthony Iannarelli <anilaw2@gmail.com>

Dear Mr. Iannarelli,

I do not believe I am required to do your research for you as to relevant law, or as to facts. Nor do I believe that several of your questions are well formed as questions, nor do they otherwise require a response.

I remain concerned about you and your clients' continued pursuit of obviously frivolous filings, especially ones that are targeted against me in a clearly antisemitic manner.

I reserve all rights, including to take all available legal action against any and all persons involved with perpetuating this behavior that is contrary to law (and moreover discriminatory).

Best,
Eric Eisenberg
[Quoted text hidden]