# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club, | |
| Plaintiffs - Appellants, | Case No. 24-2370 |
| v. | |
| Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, | Affirmation of Service |
| Defendants - Appellees, | |
| Jane Does 1-30, John Does 1-30, | |
| Defendants. | |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

1. On February 27, 2025, I filed electronically with the United States Court of Appeals for the Second Circuit, at the Thurgood Marshall United States Courthouse, New York, N.Y. plaintiffs-appellants' Opposition to defendant-appellee Eric Eisenberg's Motion to Vacate,

and

2. On February 27, 2025, I served plaintiff-appellants' same opposition papers to Eric M. Eisenberg via emailat ericeis@gmail.com    and ericnoise@hotmail.com ,

and

3. On February 28, 2025  I performed additional service by personally mailing, by United States Mail, postage paid, a copy of the the same opposition papers to defendant–appellee Eric M. Eisenberg, at  454 West 46th  Street, Apt. 1ES New York, New York 10036–8804;

and

4. On February 28, 2025  I performed additional service by personally mailing, by United States Mail, postage paid, a copy of the the same opposition papers tto defendant–appellee Eric M. Eisenberg,  at Unit 1408, 1300 S Miami Avenue Miami, FL 33130, along with the motion herein;         and

5. On February 27, 2025, I completed service of the same opposition papers on Counsel for New York City government defendants, via the Court's ACMS, to;

> David Alan Rosinus, Jr., Esq.
> Assistant Corporation Counsel
> New York City Law Department
> Appeals Division
> 100 Church Street
> New York, NY 10007

      I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated: February 28, 2025                /s/ *Anthony N. Iannarelli Jr.*
                                                     Anthony N. Iannarelli Jr.
                                                     Attorney for Plaintiff-Appellants