# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand twenty-five.

Before:      William J. Nardini,
                   *Circuit Judge.*

_____

Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,      **ORDER**

       Plaintiffs - Appellants,      Docket No. 24-2370

  v.

Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,

       Defendants - Appellees,

Jane Does 1-30, John Does 1-30,

       Defendants.

_____

     Appellee Eric M. Eisenberg has moved to reconsider or vacate the order reinstating this appeal, which was previously dismissed on a briefing default. Upon closer examination, it is unclear whether this Court has jurisdiction over this appeal. It appears that Appellants challenge a district court order entered on August 19, 2024, which dismissed two counts with prejudice and the remaining counts without prejudice. It further appears that Appellants were given a deadline of September 16, 2024, to file any second amended complaint. Appellants appear to have file a second amended complaint after that deadline, and the docket does not indicate whether the district court has yet acted to accept or dismiss that complaint.

     Accordingly, no later than Friday, March 7, 2025, the Appellants are directed to either (a) withdraw the appeal without prejudice to filing a new appeal after final judgment is entered, or (b) explain why jurisdiction exists under this Court's case law, specifically the Court's case law holding that dismissal of a complaint with leave to amend is not a final decision under 28 U.S.C. § 1291 and not immediately appealable. *Salmon v. Blesser*, 802 F.3d 249, 252 n.2 (2d Cir. 2015);

*Slayton v. Am. Express Co.*, 460 F.3d 215, 224 & n.7 (2d Cir. 2006); *Festa v. Local 3 Int'l Bhd. of Elec. Workers*, 905 F.2d 35, 36-37 (2d Cir. 1990) (per curiam); *Blanco v. United States*, 775 F.2d 53, 56 (2d Cir. 1985); *see, e.g.*, *Dees v. Knox*, No. 24-1574, 2025 WL 485019, at *1 (2d Cir. Feb. 13, 2025) (summary order); *Whitfield v. Johnson*, 763 F. App'x 106, 107 (2d Cir. 2019) (summary order).

                                                                                                                   For the Court:
                                                                                                                   Catherine O'Hagan Wolfe,
                                                                                                                   Clerk of Court