UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2370

**Caption [use short title]**

**Motion for:** striking D.I. 83/83.1, D.I. 89/89.1, D.I. 92/92.1, for lack of service, lack of proof of service and/or misleading representations as to execution date

Set forth below precise, complete statement of relief sought:

striking D.I. 83/83.1, D.I. 89/89.1, D.I. 92/92.1

Akhtar et al. v. Aggarwala et al.

**MOVING PARTY:** Eric M. Eisenberg    **OPPOSING PARTY:** MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☑ Appellee/Respondent

**MOVING ATTORNEY:** Eric M. Eisenberg, pro se    **OPPOSING ATTORNEY:** Anthony N. Iannarelli, Jr.
[name of attorney, with firm, address, phone number and e-mail]

1300 S Miami Ave, Unit 1408    74 Lafayette Avenue, Suite 202 # 116
Miami, FL 33130    Suffern, NY 10901
518-573-2714; ericeis@gmail.com    (212) 431-1031; anilaw2@gmail.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Hon. Jessica G.L. Clarke, D.J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☑ No
Has this relief been previously sought in this court?   ☐ Yes ☑ No
Requested return date and explanation of emergency: As the determination on this motion may affect the determination of the undersigned's prior motion (D.I. 82/82.1), the undersigned requests determination of this motion on the same date as, or prior to, determination of the undersigned's prior motion (D.I. 82/82.1)

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Eric M. Eisenberg    **Date:** 03/04/2025    Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

(service by email)

Form T-1080 (rev.12-13)

# 24-2370

UNITED STATES COURT OF APPEALS FOR
THE SECOND CIRCUIT

_____

MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. DBA SWING 46 JAZZ AND SUPPER CLUB,

       Plaintiffs-Appellants

-against-

ERIC ADAMS, Mayor of the City of New York, ROHIT T. AGGARWALA, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ERIC M. EISENBERG[1]

       Defendants-Appellees

and

ERIC I. EISENBERG,[2] JANE DOES 1-30, and JOHN DOES 1-30,

       Defendants
_____

**EMERGENCY MOTION**

**ERIC M. EISENBERG'S MEMORANDUM OF LAW IN SUPPORT OF HIS EMERGENCY MOTION TO STRIKE 2nd Cir. D.I. 83, D.I. 89 AND D.I. 92 FOR LACK OF SERVICE, LACK OF PROOF OF SERVICE AND/OR MISLEADING REPRESENTATIONS AS TO EXECUTION DATE**

_____

[1] The undersigned does not necessarily agree that he is properly a "Defendant-Appellee," but includes his name in the above caption in the manner most recently specified by the Court (see 2nd Cir. Docket Entry 68) for the Court's convenience.

[2] Per 2nd Cir. Docket Entry 68, Eric I. Eisenberg (who was named in the original Complaint that is the subject of this appeal) is a "Defendant."

1

Initially, I, Eric M. Eisenberg,[3] note, as I did at 2nd Cir. D.I. 82.1, page 3 of 19, that "Eric M. Eisenberg" appeared as a new party on January 28, 2025 (2nd Cir. D.I. 67) without any formal notice of same being provided to me. Again, I do not automatically receive notifications of, or copies of, new filings from the ACMS system. As discussed at some length in 2nd Cir. D.I. 82.1, pages 6-9 of 19, I have been deprived by Plaintiffs-Appellants of proper notice and participation in this proceedings in various ways.

By this motion, the undersigned is moving for relief with respect to certain new filings by Plaintiffs-Appellants that could not have been raised in the undersigned's prior motion: specifically, striking of 2nd Cir. D.I. 83 (filed February 20, 2025), 2nd Cir. D.I. 89 (filed February 26, 2025) and 2nd Cir. D.I. 92 (filed March 3, 2025).

**Need for Emergency Relief**

The undersigned believes that the relief requested herein may have relevance to the determination of the undersigned's prior motion, D.I. 82/82.1. Accordingly, failure to address the instant motion either prior to, or concurrently with, determination of the undersigned's prior motion might lead to the prior motion being determined on an incorrect basis. ***Thus, the undersigned respectfully requests that the instant motion be determined either on the date of determination of the undersigned's prior motion (D.I. 82/82.1), or on an earlier date***.

**Background on Parties for Ease of Understanding**

The undersigned directs the Court to the background on the parties provided in his prior motion, 2nd Cir. D.I. 82.1 at pages 3-6 of 19, including references to the declaration that accompanied that prior motion.

---

[3] The undersigned has previously moved, at D.I. 82.1, for *pro hac vice* admission, to the extent necessary.

2

**Failures of Service and Proof of Service**

Plaintiffs' counsel has been well aware that the undersigned does not receive notification of filings from ACMS. *See e.g.* 2nd Cir. D.I. 82.1, pages 5-6 of 19 and declaration thereto, page 16 of 19, at ¶¶ 2-3.

F.R.A.P. 25(b), with exceptions not applicable here, specifies clearly that "a party must, at or before the time of filing a paper, serve a copy on the other parties to the appeal or review." 2nd Cir. D.I. 83 (filed February 20, 2025), 2nd Cir. D.I. 89 (filed February 26, 2025) and 2nd Cir. D.I. 92 (filed March 3, 2025) are indisputably "papers." Nonetheless, Plaintiffs have failed to serve, or timely serve, these three documents. Accompany Eisenberg Decl., ¶¶ 2-4.

Plaintiffs also, again despite Plaintiffs' counsel being aware of the undersigned's lack of ACMS notification, failed to include proof of service as to any of these three documents, in violation of F.R.A.P. 25(d)(1). The documents contained neither an acknowledgment of service by the undersigned, nor a statement by the server containing the required items. *See* F.R.A.P. 25(d)(1).

Striking these three filings is therefore appropriate for at least these reasons.

**Inaccurate Dating of 2nd Cir. D.I. 92 (filed March 3, 2025)**

Additionally, D.I. 92 (submitted to the Court and filed March 3, 2025), appears to contain a backdated /s/-signature – February 28, 2025. The undersigned understands that /s/-signatures are supposed to have the same date as submission to the Court. Backdating runs the risk of misleadingly indicating when the document was finally prepared. and executed.

This further justifies striking of this document.

3

**Harm to the Undersigned**

Plaintiffs' repeatedly depriving the undersigned of service, let alone prompt service made by the time of filing, results in the undersigned receiving, at best, delayed copies of documents, after spending the undersigned's own time monitoring dockets and the undersigned's own money on PACER fees to view the docket and download copies of documents.

**Conclusion**

The Court's prompt consideration as to the relief requested herein, namely, striking of 2nd Cir. D.I. 83 (filed February 20, 2025), 2nd Cir. D.I. 89 (filed February 26, 2025) and 2nd Cir. D.I. 92 (filed March 3, 2025), prior to or contemporaneous with consideration of the undersigned's prior motion (D.I. 82) would be greatly appreciated.

Dated (and executed at):  Respectfully submitted,
March 4, 2025 (Miami, Florida)

/s/    *Eric M. Eisenberg*
Eric M. Eisenberg
(*Pro Se*)
1300 S Miami Avenue
Unit 1408
Miami, FL 33130
ericeis@gmail.com

Encl. Declaration of Eric M. Eisenberg

4

**Certificate of Service**

The undersigned hereby affirms, under penalty of perjury, that the foregoing memorandum of law, with cover sheet and enclosed Declaration of Eric M. Eisenberg in support, was served on March 4, 2025 by electronic mail on counsel of record as follows:

Anthony Nicholas Ianarelli, Jr. - anilaw2@gmail.com (Plaintiffs' Counsel)

David Alan Rosinus, Jr. - nycfedapp@law.nyc.gov; arosinus@law.nyc.gov
Genan Zilkha - gzilkha@law.nyc.gov
Kerri Devine - kdevine@law.nyc.gov
(counsel for city defendants)

Dated (and executed at):                          Respectfully submitted,
March 4, 2025 (Miami, Florida)

                                                     /s/     *Eric M. Eisenberg*
                                                     Eric M. Eisenberg
                                                     (*Pro Se*)
                                                     1300 S Miami Avenue
                                                     Unit 1408
                                                     Miami, FL 33130
                                                     ericeis@gmail.com

# 24-2370

UNITED STATES COURT OF APPEALS FOR
THE SECOND CIRCUIT

_____

MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC. DBA SWING 46 JAZZ
AND SUPPER CLUB,

                    Plaintiffs-Appellants

-against-

ERIC ADAMS, Mayor of the City of New
York, ROHIT T. AGGARWALA, NEW YORK
CITY DEPARTMENT OF ENVIRONMENTAL
PROTECTION, and ERIC M. EISENBERG[1]

                    Defendants-Appellees

and

ERIC I. EISENBERG,[2] JANE DOES 1-30, and
JOHN DOES 1-30,

                    Defendants
_____

**DECLARATION OF ERIC M. EISENBERG IN SUPPORT OF HIS EMERGENCY MOTION TO STRIKE 2nd Cir. D.I. 83, D.I. 89 AND D.I. 92 FOR LACK OF SERVICE, LACK OF PROOF OF SERVICE AND/OR MISLEADING REPRESENTATIONS AS TO EXECUTION DATE**

---

[1] The undersigned does not necessarily agree that he is properly a "Defendant-Appellee," but includes his name in the above caption in the manner most recently specified by the Court (see 2nd Cir. Docket Entry 68) for the Court's convenience.

[2] Per 2nd Cir. Docket Entry 68, Eric I. Eisenberg (who was named in the original Complaint that is the subject of this appeal) is a "Defendant."

1

1. I, Eric M. Eisenberg, affirm, including but not limited to pursuant to CPLR 2106, this 12th day of February, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the statements herein are true and correct, and I understand that this document may be filed in an action or proceeding in a court of law.

2. I have not received, from Plaintiffs or their counsel, prior to its filing or at any other time, a copy of 2nd Cir. D.I. 83/83.1.

3. I have not received, from Plaintiffs or their counsel, prior to or at the time of its filing, which I understood occurred at 3:06 PM on February 26, 2025, a copy of 2nd Cir. D.I. 89/89.1.

4. I have not received, from Plaintiffs or their counsel, prior to or on the same day of its filing, which I understood occurred on March 3, 2025, a copy of 2nd Cir. D.I. 92/92.1.

Dated (and executed at):   Respectfully submitted,
March 4, 2025 (Miami, Florida)

/s/    *Eric M. Eisenberg*
Eric M. Eisenberg
(*Pro Se*)
1300 S Miami Avenue
Unit 1408
Miami, FL 33130
ericeis@gmail.com

2