UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| **Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,**<br><br>**Plaintiffs - Appellants,**<br><br>**v.**<br><br>**Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,**<br><br>**Defendants - Appellees,**<br><br>**Jane Does 1-30, John Does 1-30,**<br><br>**Defendants.** | Case No. 24-2370<br><br><br>Plaintiffs-Appellants' Response to Defendant-Appellant Eric M. Eisenberg's Motion dated March 4, 2025 |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms and under the penalty of perjury to the following:

1. I make this affirmation as a Response to a Motion filed by defendant-appellant's Eric M. Eisenberg and dated March 4, 2025.

2. In response to an Order of this Court, also dated March 4, 2025,

1

plaintiffs-appellants will be moving today to withdraw their appeal as to defendant-appellant Eric M. Eisenberg only, which may make the Motion herein moot.

3.  To an extent a response is necessary, the allegations of defendant-appellant Eric M. Eisenberg's are entirely without merit. Despite his claims, he was timely served with plainitffs-appellants' Response documents. As I indicated in the Affirmation of Service, plaintiffs-appellants' Response in Opposition was emailed to Eric M. Eisenberg on Thursday, February 27, 2025 to the following email addresses: ericeis@gmail.com and ericnoise@hotmail.com . My email server indicates plaintiffs-appellants' papers went through to both addresses. Exhibit 1.

4. The following day, Friday, February 28, 2025, plaintiffs-appellants' Response in Opposition were mailed by me, via U.S. Mail, postage paid, to defendant-appellant Eisenberg's requested mailing address at Unit 1408, 1300 S Miami Avenue Miami, FL 33130. The reason the mailing was done on that Friday was because the postal offices were closed at the time the Response papers were finished the day before. On that same day of Friday, February 28th , the response papers were also sent by U.S. Mail to defendant-appellant Eisenberg's actual and legal

residential address located at 454 West 46th Street, Apt. 1ES, New York, New York 10036-8804.

5. I could not affirm to mailing the documents until they were actually mailed which, as the Affirmation of Services indicates, occurred on Friday, February 28, 2024. This was not "backdated," the document was prepared at the time the foregoing tasks were completed. Because the Court's electronic filing was down for service on Friday, February 28th, and through the weekend, I could not file the Affirmation of Service until Monday, March 3, 2025.

6. I have explained this to defendant-appellant Eisenberg, yet he will not withdraw his Motion. This, along with other filing, have become extremely burdensome for plaintiff-appellants who are indigent.

7. I understand, and accept the fact, that defendant-appellant Eisenberg insists on having "hard copies" of documents mailed, regardless of the cost, because he is a *pro se* litigant and not required to make use of the Court's electronic filing. Yet, he very adept at making use of electronic filing for his motions, and is able to cite the various numerical identifiers for documents within the CMECF system. Given that, defendant-appellant Eisenberg was timely noticed several times of plaintiffs-appellants' Response, and I cannot see the purpose of his Motion herein.

I affirm to the truth of the forgoing and I am aware that I can be

subject to punishment for any statement knowingly made false.

Dated:  March 5, 2025

Anthony N. Iannarelli Jr.
Attorney for Plaintiff-Appellants

 Gmail

Anthony Iannarelli <anilaw2@gmail.com>

## Opposition Papers

1 message

**Anthony Iannarelli** <anilaw2@gmail.com>                                          Thu, Feb 27, 2025 at 9:20 PM
To: Eric Eisenberg <ericeis@gmail.com>, Eric Eisenberg <ericnoise@hotmail.com>

Good Evening, Please see attached. Thank you.  A. Iannarelli

Anthony N. Iannarelli Jr
Attorney at Law
701-230-1833
anilaw2@gmail.com

📄 **Paintiff-appellants' Opposition to Vacating Order 02.27.25.pdf**
14063K

*Exhibit 1*