**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| **Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,**<br><br>**Plaintiffs - Appellants,**<br><br>**v.**<br><br>**Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,**<br><br>**Defendants - Appellees,**<br><br>**Jane Does 1-30, John Does 1-30,**<br><br>**Defendants.** | Case No. 24-2370<br><br><br>Affirmation of Service |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

1. On March 10 , 2025, I filed with the United States Court of Appeals for the Second Circuit, at the Thurgood Marshall United States Courthouse in New York City, plaintiffs-appellants' Reply to defendant-appellee's Response in Opposition to plaintiffs-appellants' Motion

2. And on the same date, I served plaintiff-appellants' Reply to defendant-appellant's Response to Eric M. Eisenberg via email @ ericeis@gmail.com, and ericnoise@hotmail.com .

3. On the same date, I performed additional service by personally mailing, via United States Mail, postage paid, a copy of the same Reply document to defendant-appellee Eric M. Eisenberg, at 454 West 46th Street, Apt. 1ES New York, New York 10036-8804; and defendant-appellee Eric M. Eisenberg, at Unit 1408, 1300 S Miami Avenue Miami, FL 33130.

4. On March 10, 2025 I completed service on Counsel for New York City government defendants, via the Court's ACMS, to;

> David Alan Rosinus, Jr., Esq.
> Assistant Corporation Counsel
> New York City Law Department
> Appeals Division
> 100 Church Street
> New York, NY 10007

I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated:  March 10, 2025          /s/ *Anthony N. Iannarelli Jr.*
                                    Anthony N. Iannarelli Jr.
                                    Attorney for Plaintiff-Appellants