# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Akhtar

v.

Aggarwala

**CERTIFICATE OF SERVICE***

Docket Number: 24-2370

I, D. Alan Rosinus, Jr. , hereby certify under penalty of perjury that
(print name)

on March 17, 2025 , I served a copy of the Declaration of
(date)

D. Alan Rosinus, Jr. in Partial Opposition to Appellants' Motion to Withdraw their Appeal in Part

(list all documents)

by (select all applicable)**

___ Personal Delivery    X  United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Eric M. Eisenberg | Unit 1408, 1300 S Miami Avenue | Miami | FL | 33130 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding.  The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

3/17/25                                              /s/ D. Alan Rosinus, Jr.
Today's Date                                         Signature

Certificate of Service Form (Last Revised 12/2015)