**Anthony N. Iannarelli Jr.**
*Attorney at Law*
7 4 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

March 24, 2025

Hon. Catherine O'Hagan Wolfe
Clerk
U.S. Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>Mohamed John Akhtar *et al.*, Appellants v. Eric Adams, Mayor
      of the City of New York *et al.* Appellees</u>
      Doc. No.  24-2370
      District Court Doc. No. 23-cv-06585

Dear Ms. O'Hagan Wolfe,

  Consistent with an Order from the Court, dated March 4, 2025, plaintiffs-appellants filed a Motion to Withdraw their appeal concerning the case against defendant-appellee Eric M. Eisenberg. That motion, filed on March 6, 2025, has been opposed by defendant-appellee Eisenberg.

  Out of an abundance of caution, plaintiffs-appellants are advising the Court of a significant change in circumstances since the Court's Order and plaintiffs-appellants' Motion. After numerous failed attempts to serve summons and amended complaint upon defendant-appellee Eisenberg, the district court authorized plaintiff-appellants to serve via email. That service was successfully perfected on March 17, 2025. (Please see Affirmation of Service, attached as Exhibit A.)

  Plaintiffs-appellants were concerned that, upon the district court's dismissal of the original complaint, they might not be able to ever successfully serve defendant-appellee Eisenberg with the amended complaint. Among those concerns, and given that the case had been filed in July 2023, were the possibility of collateral estoppel or statute of limitations issues.

  Given that defendant-appellee Eisenberg has now been been successfully served, plainitffs-appellants no longer have a need for the Court to consider those issues.

  Feel free to contact me if there are any questions.

1

Respectfully,

Anthony N. Iannarelli Jr.
Attorney for Appellants

Via ECF
Cc: Mr. David Alan Rosinus, Jr., Esq.
    Counsel for New York
    City Defendants

    Mr. Eric M. Eisenberg, Esq.
    Attorney *Pro Se*

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>Plaintiffs<br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, & Jane Does 1-30, John Does 1-30,<br><br>Defendants. | Case No. 23-cv-06585 JGLC-VF<br><br><br>Amended Affidavit of Service |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiffs herein, affirms under the penalty of perjury to the following:

1. On March 17, 2025, I served plaintiffs' Summons and Amended Complaint upon defendant Eric M. Eisenberg via email @ ericeis@gmail.com, and ericnoise@hotmail.com; Exhibit 1. attached; and

2. On March 18, I provided a copy of this Affidavit of Service to defendant Eric M. Eisenberg via the same email addresses appearing above;

Ex. A

3. Additionally, I provided a copy of this Affidavit of Service to counsel for New York City government defendants via the Court's electronic filing to:

>Assistant Corporation Counsel
>New York City Law Department
>Appeals Division
>100 Church Street
>New York, NY 10007

I affirm to the truth of the forgoing and I am aware that I can be subject to punishment for any statement knowingly made false.

Dated: March 18, 2025

Anthony N. Iannarelli Jr.
Attorney for Plaintiff

GLORIA QELESHI
Notary Public
State of New Jersey
My Commission Expires May 3, 2029
I.D.# 50220823

3/17/25, 8:20 PM

 Gmail

## Service of Summons & Amended Complaint

Anthony Iannarelli <anilaw2@gmail.com>
To: Eric Eisenberg <ericeis@gmail.com>, Eric Eisenberg <ericnoise@hotmail.com>

Mon, Mar 17, 2025 at 8:20 PM

Dear Mr. Eisenberg,
    Consistent with the Order of Magistrate Judge Valerie Figuerdo, dated March 14, 2025, you are being served with Plaintiffs Mohamed John Akhtar & Swing 46's Summons and Complaint.
    Thank you for your attention to the above.
    Sincerely, Anthony N. Iannarelli Jr., Attorney for Plaintiffs

Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

2 attachments

📎 **Amended Complaint .pdf**
6926K

📎 **Summons .pdf**
7165K

EX. 1