UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2370

**Caption [use short title]**

**Motion for:** Compel Redaction of Birth Date Information, and for Sanctions

Set forth below precise, complete statement of relief sought:

(1) compel Plaintiffs to redact my improperly submitted birth date information; (2) compel Plaintiffs to arrange for removal of any Second Circuit filings containing my birth date information from Court-filing "mirroring" websites; and (3) for appropriate monetary and/or non-monetary sanctions

Akhtar et al. v. Aggarwala et al.

**MOVING PARTY:** Eric M. Eisenberg
**OPPOSING PARTY:** MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Eric M. Eisenberg, pro se
**OPPOSING ATTORNEY:** Anthony N. Iannarelli, Jr.

[name of attorney, with firm, address, phone number and e-mail]

1300 S Miami Ave, Unit 1408
Miami, FL 33130
518-573-2714; ericeis@gmail.com

74 Lafayette Avenue, Suite 202 # 116
Suffern, NY 10901
(212) 431-1031; anilaw2@gmail.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Hon. Jessica G.L. Clarke, D.J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☑ No
Has this relief been previously sought in this court?   ☐ Yes ☑ No
Requested return date and explanation of emergency: April 4, 2025
As birth date information is prohibited from being filed in this Court, due to its private nature, failure to promptly grant the relief requested creates ongoing privacy harm to the undersigned.

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Eric M. Eisenberg   **Date:** 03/25/2025   Service by: ☐ CM/ECF   ☑ Other [Attach proof of service]

(service by email)

Form T-1080 (rev.12-13)

# 24-2370

UNITED STATES COURT OF APPEALS FOR
THE SECOND CIRCUIT

_____

MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC. DBA SWING 46 JAZZ
AND SUPPER CLUB,

                Plaintiffs-Appellants

-against-

ERIC ADAMS, Mayor of the City of New
York, ROHIT T. AGGARWALA, NEW YORK
CITY DEPARTMENT OF ENVIRONMENTAL
PROTECTION, and ERIC M. EISENBERG[1]

                Defendants-Appellees

and

ERIC I. EISENBERG,[2] JANE DOES 1-30, and
JOHN DOES 1-30,

                Defendants

_____

**EMERGENCY MOTION**

**ERIC M. EISENBERG'S MEMORANDUM OF LAW IN SUPPORT OF HIS
EMERGENCY MOTION TO COMPEL REDACTION OF BIRTH DATE
INFORMATION, AND FOR SANCTIONS**

---

[1] The undersigned does not necessarily agree that he is properly a "Defendant-Appellee," but includes his name in the above caption in the manner most recently specified by the Court (see 2nd Cir. Docket Entry 68) for the Court's convenience.

[2] Per 2nd Cir. Docket Entry 68, Eric I. Eisenberg (who was named in the original Complaint that is the subject of this appeal) is a "Defendant."

1

Initially, I, Eric M. Eisenberg,[3] note, as I did previously, that I do not automatically receive notifications of, or copies of, new filings from the ACMS system. As discussed at some length in 2nd Cir. D.I. 82.1, pages 6-9 of 19, I have been deprived by Plaintiffs-Appellants of proper notice and participation in this proceedings in various ways.

By this emergency motion, the undersigned is moving to compel Plaintiffs to redact my improperly submitted birth date information wherever it may appear, for Plaintiffs to arrange for removal of such improper filings from Court-filing "mirroring" websites such as Court Listener (www.courtlistener.com) wherever they may appear and, particularly in light of Plaintiffs' improper filings and the intransigence of Plaintiffs' Counsel as to thorough correction of the improper filings, for appropriate monetary and/or nonmonetary sanctions.

**Need for Emergency Relief**

As birth date information is prohibited from being filed in this Court, due to its private nature, failure to promptly grant the relief requested creates ongoing privacy harm to the undersigned. ***Thus, the undersigned respectfully requests that the instant motion be determined by no later than April 4, 2025, and that Plaintiffs' compliance with any resulting order be confirmed prior to dismissal of the instant appeal***.

**Filing of Birth Date Information Is Contrary to the Federal Rules of Appellate Procedure**

This is an appeal of a federal civil case in federal district court. Accordingly, per Fed.R.App.P. 25(a)(5), Fed.R.Civ.P. 5.2 governs filing in this Second Circuit appeal as well. Fed.R.Civ.P. 5.2(a) provides that "Unless the court orders otherwise, in an electronic or paper

---

[3]The undersigned has previously moved, at D.I. 82.1, for *pro hac vice* admission, to the extent necessary.

2

filing with the court that contains an individual's . . . birth date . . . a party or nonparty making the filing may include only: . . . (2) the year of the individual's birth."

Plaintiffs have unlawfully filed my birth date information, at least at Second Circuit D.I. 90.1 (February 27, 2025) (page 13 of 37), and Second Circuit D.I. 83.1, page 4 of 5, (February 20, 2025) (mirrored on Court Listener), by means of Plaintiffs directly typing in my birth date information into text entry boxes on forms, printing out what they typed in, and then filing that with the Second Circuit. Because Plaintiffs have, as raised previously, previously failed to serve me with a variety of court papers, I am not sure where else my birth date information may appear in Second Circuit filings in the instant matter.

**Plaintiffs' Counsel's Intransigence in Correcting these Improper Filings**

On March 17, 2025, 9:30 PM, I advised Counsel for Plaintiffs that "you did also submit my birthdate at least in connection with the Second Circuit appeal. Can you please advise whether you will agree to review your Second Circuit filings and make appropriate efforts to seek redaction of my birthdate from wherever it may appear?" Eisenberg Decl, ¶ 2, Exh. 1.

On March 18, 2025, 9:55 AM, Counsel for Plaintiffs responded that "Yes, I am already acting on that." *Id*. He also proceeded to attempt to mislead me regarding the source of the birth date information, which only became available on the forms-in-question when he or his assistant typed in the information in text entry boxes on those forms. *Id*.

In a follow-up email, on March 18, 2025, 3:29 PM, I requested that Plaintiffs' Counsel "Please advise (1) by when you will be taking action to remove the birth date from public availability in Second Circuit papers; and (2) where the birth date is allegedly available in public government voting records." *Id.*

3

At 3:32 PM, Plaintiffs' Counsel stated that "I've already ask (sic.) the Circuit to have it redacted. They are working on it. As to the other, your voter requestrations (sic.) speaks (sic.) for itself." *Id*.

At 3:49 PM, I inquired "At which docket number did you make this redaction request? Which 'voter requestrations' document are you referring to?." *Id*.

Plaintiffs' Counsel did not substantively respond to either information request. *Id.*

On March 19, 2025, 8:17 AM, I asked Counsel for Plaintiffs to "confirm whether or not you have filed documents in the Second Circuit appeal of this case containing birth date information (and where)?" *Id.*

Counsel for Plaintiffs, instead of providing the information I sought, on March 19, 2025, 9:17 AM, stated "Yes, I will review the file." *Id.*

At 9:27 AM, I asked Plaintiffs' Counsel to "Please advise by when you will review your file and respond to my questions regarding where else you included my birthdate."

Having received no response to this question, I followed up on March 21, 2025, 3:29 PM, asking Plaintiffs' Counsel "Are you refusing to advise by when you will review your file and respond to my questions regarding where else you included my birthdate? Please advise regarding the status of your purported efforts to have the birthdate information removed from all of your SDNY and Second Circuit filings where they may appear."

Plaintiffs' Counsel responded, at 3:40 PM, nonsensically at least with respect to the Second Circuit, "Hello, I have seen the court's directive and I will timely address it."

However, there has not yet been any directive in or as to filing of birth date information in the Second Circuit.

Accordingly, I promptly, at 3:41, requested that Plaintiffs' Counsel "Please respond to the questions I asked, instead of changing the subject." *Id*.

Four days later, I still have not received a substantive response to my specific inquiries from Plaintiffs' Counsel.

In short, this appears to amount to intransigence by Plaintiffs' Counsel in cooperating to fullly remove such birth date information of mine as has been filed by Plaintiffs, from wherever it may appear in the Second Circuit filings.

**<u>Relief Requested</u>**

Accordingly, the undersigned asks this Court to, preferably by April 4, 2025:

(1) compel Plaintiffs to redact my improperly submitted birth date information wherever it may appear in the Second Circuit filings (including, without limitation from Second Circuit D.I. 90.1 and D.I. 83.1, as identified above);

(2) to compel Plaintiffs to arrange for removal of any Second Circuit filings containing my birth date information from Court-filing "mirroring" websites such as Court Listener (www.courtlistener.com) wherever it may appear (including, without limitation, Court Listener's mirroring at D.I. 83.1); and

(3) particularly in light of Plaintiffs' improper filings and the intransigence of Plaintiffs' Counsel as to thorough correction of the improper filings, for appropriate monetary and/or nonmonetary sanctions.

| | |
|---|---|
| Dated (and executed at):<br>March 25, 2025 (Miami, Florida) | Respectfully submitted,<br><br>/s/     *Eric M. Eisenberg*<br>Eric M. Eisenberg<br>(*Pro Se*)<br>1300 S Miami Avenue<br>Unit 1408<br>Miami, FL 33130<br>ericeis@gmail.com |

Encl. Declaration of Eric M. Eisenberg

## Certificate of Service

The undersigned hereby affirms, under penalty of perjury, that the foregoing memorandum of law, with cover sheet and enclosed Declaration of Eric M. Eisenberg in support (and Exhibit 1 thereto), was served on March 25, 2025 by electronic mail on counsel of record as follows:

Anthony Nicholas Ianarelli, Jr. - anilaw2@gmail.com (Plaintiffs' Counsel)

David Alan Rosinus, Jr. - nycfedapp@law.nyc.gov; arosinus@law.nyc.gov
Genan Zilkha - gzilkha@law.nyc.gov
Kerri Devine - kdevine@law.nyc.gov
(Counsel for City Defendants)

Dated (and executed at):                          Respectfully submitted,
March 25, 2025 (Miami, Florida)

                                              /s/    *Eric M. Eisenberg*
                                              Eric M. Eisenberg
                                              (*Pro Se*)
                                              1300 S Miami Avenue
                                              Unit 1408
                                              Miami, FL 33130
                                              ericeis@gmail.com

# 24-2370

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

_____

MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. DBA SWING 46 JAZZ AND SUPPER CLUB,

                     Plaintiffs-Appellants

-against-

ERIC ADAMS, Mayor of the City of New York, ROHIT T. AGGARWALA, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ERIC M. EISENBERG[1]

                     Defendants-Appellees

and

ERIC I. EISENBERG,[2] JANE DOES 1-30, and JOHN DOES 1-30,

                     Defendants

_____

**DECLARATION OF ERIC M. EISENBERG IN SUPPORT OF HIS EMERGENCY MOTION TO COMPEL REDACTION OF BIRTH DATE INFORMATION, AND FOR SANCTIONS**

---

[1] The undersigned does not necessarily agree that he is properly a "Defendant-Appellee," but includes his name in the above caption in the manner most recently specified by the Court (see 2nd Cir. Docket Entry 68) for the Court's convenience.

[2] Per 2nd Cir. Docket Entry 68, Eric I. Eisenberg (who was named in the original Complaint that is the subject of this appeal) is a "Defendant."

1

1. I, Eric M. Eisenberg, affirm, including but not limited to pursuant to CPLR 2106, this 25th day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the statements herein are true and correct, and I understand that this document may be filed in an action or proceeding in a court of law.

2. Attached as Exhibit 1 is a true and correct copy of an email chain between myself and Counsel for Plaintiffs between March 17, 2025 and today, March 25, 2025, accurately representing each email within that chain.

Dated (and executed at):Respectfully submitted,
March 25, 2025 (Miami, Florida)

/s/Eric M. Eisenberg
Eric M. Eisenberg
(*Pro Se*)
1300 S Miami Avenue
Unit 1408
Miami, FL 33130
ericeis@gmail.com

# Exhibit 1



Eric Eisenberg <ericeis@gmail.com>

## Redaction of Documents at ECF Nos. 126 and 129

**Eric Eisenberg** <ericeis@gmail.com>  
To: Anthony Iannarelli <anilaw2@gmail.com>

Tue, Mar 25, 2025 at 12:49 PM

Dear Mr. Iannarelli,

Further to the below, I plan to move before the Second Circuit today, on an emergency basis, to compel Plaintiffs to redact my improperly submitted birth date information from the Second Circuit filings wherever it may appear, for Plaintiffs to arrange for removal of such improper filings from Court-filing "mirroring" websites such as Court Listener (www.courtlistener.com) wherever they may appear and, particularly in light of Plaintiffs' improper filings and the intransigence of Plaintiffs' counsel as to thorough correction of the improper filings, for appropriate monetary and/or nonmonetary sanctions.

Please let me know this afternoon if your client opposes, and if your client plans to file an opposition.

Best,  
Eric M. Eisenberg

> On Fri, Mar 21, 2025 at 3:41 PM Eric Eisenberg <ericeis@gmail.com> wrote:
>> Please respond to the questions I asked, instead of changing the subject. This is beneath you.
>
>> On Fri, Mar 21, 2025 at 3:40 PM Anthony Iannarelli <anilaw2@gmail.com> wrote:
>>> Hello, I have seen the court's directive and I will timely address it. Anthony Iannarelli
>
>>> On Fri, Mar 21, 2025 at 3:29 PM Eric Eisenberg <ericeis@gmail.com> wrote:
>>>> Dear Mr. Iannarelli,
>>>>
>>>> Are you refusing to advise by when you will review your file and respond to my questions regarding where else you included my birthdate?
>>>>
>>>> Please advise regarding the status of your purported efforts to have the birthdate information removed from all of your SDNY and Second Circuit filings where they may appear.
>>>>
>>>> Best,  
>>>> Eric
>>>>
>>>>> On Wed, Mar 19, 2025 at 9:47 AM Eric Eisenberg <ericeis@gmail.com> wrote:
>>>>>> Dear Mr. Iannarelli,
>>>>>>
>>>>>> Also, I want to be very clear about one thing, because you keep trying to shift blame onto your clients or misconstrue my position. What I have been repeatedly stating to you is that you, Anthony Iannarelli, Jr. appear to have targeted the filings based on anti-Jewish bias, deliberately omitting the non-Jewish citizen complainant(s) and citizen prosecutor(s), who you well knew about the existence of, so that the filings you filed target only the Jew. Your protestations that your feelings are hurt are not well taken. My feelings are hurt that you, Anthony Iannarelli, Jr., targeted me, as a Jew, with completely unfounded allegations of religious and racial bias.
>>>>>>
>>>>>> And again, please advise by when you will review your file and respond to my questions regarding where else you included my birthdate. The harm, to the extent the information is still available, is ongoing.
>>>>>>
>>>>>> Best,  
>>>>>> Eric
>>>>>>
>>>>>>> On Wed, Mar 19, 2025 at 9:27 AM Eric Eisenberg <ericeis@gmail.com> wrote:

Please advise by when you will review your file and respond to my questions regarding where else you included my birthdate.

On Wed, Mar 19, 2025 at 9:26 AM Eric Eisenberg <ericeis@gmail.com> wrote:
> But yes, as I have explained before, as you have been well aware, and as indicated in the pleadings you filed, noise complaints (more accurately, summonses) have been issued by plural individuals. You just decided to target one individual, the Jew.

On Wed, Mar 19, 2025 at 9:18 AM Eric Eisenberg <ericeis@gmail.com> wrote:
> I am pretty sure that no one is involved in fraudulent noise complaints.

On Wed, Mar 19, 2025 at 9:17 AM Anthony Iannarelli <anilaw2@gmail.com> wrote:
> Dear Mr. Eisenberg, Yes, I will review the file. I must ask you to stop making the claim that the case is driven by antisemitism. Each and every time you make this unfounded claim it causes me pain and trauma; your allegations are shocking and I find them to be quite disturbing. And I have asked you before to provide evidence that my clients are motivated by bias, and you have provided nothing.
> You now suggest there are others that have been involved in fraudulent noise complaints? All the information I have received from the clients concerns only you. If you know of others, kindly provide the information and I will investigate. Recall there has been no discovery taken in the case, so if you know of others or have any relevant information, kindly provide it to me? I have a concern over the statute of limitations, so I must ask you not to delay on this request.
> Thank you for your attention to the above. Anthony Iannarelli

On Wed, Mar 19, 2025 at 8:17 AM Eric Eisenberg <ericeis@gmail.com> wrote:
> Dear Mr. Iannareli,
>
> At the outset, I appreciate that you sent an apology yesterday, regarding the unpermitted submission of my birth date information to the district court. I wish, however, that your apology extended to other, potentially more serious, matters, such as your assistance in targeting a lawsuit solely at a Jewish person, and not at any non-Jewish citizen who has written noise summonses against your client. I am sure you can understand, as an attorney representing a client in a religious-discrimination case, why I would be upset about your apparent religious discrimination.
>
> In any event, I continue to await your response to my below email.
>
> Moreover, the concern has crossed my mind that I do not believe I have copies of, and/or may not have painstakingly reviewed, all documents filed by you in the District Court and Second Circuit. Can you confirm whether or not, aside from D.I. 126 and 129, you have elsewhere filed documents in this District Court case containing birth date information (and where)? Similarly, can you confirm whether or not you have filed documents in the Second Circuit appeal of this case containing birth date information (and where)?
>
> Thank you in advance for your prompt attention to this matter.
>
> Best,
> Eric Eisenberg
>
> On Tue, Mar 18, 2025 at 3:49 PM Eric Eisenberg <ericeis@gmail.com> wrote:
>> At which docket number did you make this redaction request?
>>
>> Which "voter requestrations" document are you referring to?
>>
>> On Tue, Mar 18, 2025 at 3:32 PM Anthony Iannarelli <anilaw2@gmail.com> wrote:
>>> Mr. Eisenberg, I've already ask the Circuit to have it redacted. They are working on it. As to the other, your voter requestrations speaks for itself. Anthony Iannarelli
>>>
>>> On Tue, Mar 18, 2025 at 3:29 PM Eric Eisenberg <ericeis@gmail.com> wrote:
>>>> Dear Mr. Iannarelli,
>>>>
>>>> Please advise (1) by when you will be taking action to remove the birth date from public availability in Second Circuit papers; and (2) where the birth date is allegedly available in public government voting records.

Absent a response by tomorrow, I will assume that you have been misleading me in both regards.

Best,
Eric

On Tue, Mar 18, 2025 at 11:21 AM Eric Eisenberg <ericeis@gmail.com> wrote:
> Dear Mr. Iannarelli,
>
> You or your assistant(s) absolutely did type in the date of birth. Please stop lying to me. Lying is inconsistent with professional rules.
>
> Please feel free to raise this matter with the court, as I am telling the truth, and you are lying and/or suffering from a mental condition that impairs you recalling basic facts, in either event violating your duties under the professional rules.
>
> If you are telling the truth (to be clear, I understand you are not), and my birthdate actually is made available to the general public from a government voting website, please identify how I can access that birthdate.
>
> Best,
> Eric
>
> On Tue, Mar 18, 2025 at 11:11 AM Anthony Iannarelli <anilaw2@gmail.com> wrote:
>> Mr. Eisenberg, Typing in your date of birth? I did not nothing of the sort and it's another false allegation that suggests you are making an implied threat-which you continue to pile up unabated. Would you like me to report this one as well? Please stop. Any of the documents are open source and available to the public. I have always been polite and gracious towards you, so please, let's move on. Anthony Iannarelli
>>
>> On Tue, Mar 18, 2025 at 10:30 AM Eric Eisenberg <ericeis@gmail.com> wrote:
>>> Mr. Iannarelli,
>>>
>>> Thank you for agreeing to remove the birthday from 2ND Circuit public availability.
>>>
>>> Again, I believe your below email is confused regarding the SDNY filings.
>>>
>>> Additionally, you appear to be speaking inaccurately regarding the government materials. My understanding is you typed in the birthday, then printed out what you typed in. You did not print out a preexisting government record. Moreover, I believe that your use of at least one of the government voting websites for the purposes you used it for was in excess of your legal authorization and illegal.
>>>
>>> I reserve all rights.
>>>
>>> Best,
>>> Eric
>>>
>>> You typed in a birthday, it is not something
>>> On Tue, Mar 18, 2025 at 9:55 AM Anthony Iannarelli <anilaw2@gmail.com> wrote:
>>>> Good Morning, Yes, I am already acting on that. These are "open source" documents from voter registration sources, and they were downloaded just as they appear. I only say this in the event you were not aware the voter registration source is posting your date of birth. Please let me know about entry 63 on the district docket sheet. I was only able to find the DOB on entry 51. Thank you. Anthony Iannarelli
>>>>
>>>> On Mon, Mar 17, 2025 at 9:30 PM Eric Eisenberg <ericeis@gmail.com> wrote:
>>>>> I believe you are confused. However, I believe you did also submit my birthdate at least in connection with the Second Circuit appeal. Can you please advise whether you will agree to review your Second Circuit filings and make appropriate efforts to seek redaction of my birthdate from wherever it may appear?
>>>>>
>>>>> On Mon, Mar 17, 2025 at 9:27 PM Anthony Iannarelli <anilaw2@gmail.com> wrote:
>>>>>> Dear Mr. Eisenberg, In your motion regarding inadvertent disclosure of your date of birth appearing on public documents, you reference pages 51 and 63.

> While page 51 is a voter registration document, page 63 is believed to be your photograph and does not display your date of birth. Kindly advise as to the location of the 2nd date of birth, along with a description of the document? Thank you. Anthony Iannarelli, Attorney for Plaintiffs
>
> --
> Anthony N. Iannarelli Jr.
> Attorney at Law
> 201-236-1838
> anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com