UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>    Plaintiffs – Appellants,<br><br>  v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br><br>    Defendants – Appellees,<br><br>Jane Does 1-30, John Does 1-30,<br><br>    Defendants. | Case No. 24-2370<br><br>Affirmation of Anthony N. Iannarelli Jr. Attorney for Plaintiffs-Appellants, in Response to Defendant-Appellee Eric M. Eisenberg's Emergency Motion |

## AFFIRMATION

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

1. I offer this Affirmation as a Response to defendant-appellee Eric M. Eisenberg's Emergency Motion dated March 25, 2025.

1

2. Firstly, as I have apologized to Mr. Eisenberg for my error, I wish to apologize to the Court as well. (Exhibit 1) Inadvertently, I left Mr. Eisenberg's date of birth on voter registration documents. The sole purpose of those documents was to show proof of Mr. Eisenberg's New York State residency, there was no malicious intent.

3. When I first learned of my error, I immediately self-reported to the Court's case management team on March 18, 2025 . (Exhibit 2) I provided two redacted documents to replace docket entries Numbers 90 and 97. Apparently, Docket 90 is still awaiting replacement, and today I have again made that request.

4. Also today, upon review of defendant-appellee's Motion herein, I realized that Docket Entry 83 needed to be redacted as well. I immediately redacted that document, and messaged case management asking that the document be replaced as well.

5. The only control I have over these items is to provide the redacted documents to be replaced with the originals, as I have already done, and apologize once again for my error.

6. I realize that Mr. Eisenberg has asked that the Court impose sanctions against me. All I can say is that in the past Mr. Eisenberg has excoriated me over allegations that are not supported by the record, and

intentionally used my personal medical information to humiliate me, and I have never asked for imposition of a sanction.   The most I have asked is that he refrain from doing it in the future.

7. For my part, I will do my upmost to prevent errors of a similar nature from ever occurring again, and, as I have done today, I will make corrections as soon as they are brought to my attention.

I declare under penalty of perjury to the truth to the foregoing. I am aware that I can be subject to punishment for any statement knowingly made false.

Dated:   March 25, 2025

Anthony N. Iannarelli Jr.
Attorney  for Plainiffs-Appellants

3

 Gmail

---

## Letter of Apology

1 message

---

**Anthony Iannarelli** <anilaw2@gmail.com>                                        Tue, Mar 18, 2025 at 8:19 PM
To: Eric Eisenberg <ericeis@gmail.com>, Eric Eisenberg <ericnoise@hotmail.com>

Dear Mr. Eisenberg, Attached you shall find my letter of apology. If there were another way that I could convey to you that I am sincere, I would. Again, I am sorry for my error.
Have a good evening. Anthony Iannarelli


anilaw2@gmail.com

---

📄 **Letter to Magistrate Judge. (03.18.2025).pdf**
635K

EX. 1

 **Gmail**    Anthony Iannarelli <anilaw2@gmail.com>

---

# Redacted Documents for placement

2 messages

---

**Anthony Iannarelli** <anilaw2@gmail.com>                    Tue, Mar 18, 2025 at 6:14 PM
To: civilcases@ca2.uscourts.gov

Dear Mr. Willybe,   As I I brought to your attention, 2 seperate documents inadvertently  contained date of births that need redactions. I made a redaction to both documents, and I am providing them in full for replacement.

The first is  dated February 27, 2025 with DKTEnrty 90.
The second is dated March 6, 2025 DKTEntry 97.  I

My apologies for the error and any inconvenience this may have caused.  Anthony Iannarelli

📄    Redacted DKT 90 Opposition to Defendant-Appel...

Anthony N. Iannarelli
Attorney at Law
201-742-1538

anilaw2@gmail.com

📑 Redacted DKT  97. Motion to Withdraw Appeal 03.06.2025_Redacted.pdf
   24220K

---

**Anthony Iannarelli** <anilaw2@gmail.com>                    Wed, Mar 19, 2025 at 7:53 PM
To: civilcases@ca2.uscourts.gov

Dear Mr. Willybe, I am aware you were out today, and I hope you are well.  I just wanted to follow up with a brief note.  I received a very disturbing email this morning from defendant-appellee,  and he is not going to allow me any peace until this is taken care of.   Again, this was an oversight on my part, I addressed it as soon as I became aware of the issue,  and have apologized and sought to correct the errors.  I do not know what else I can do at this point?  In any case, thank you for your help.  Anthony Iannarelli, attorney for plaintiffs-appellants

EX. 2