# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| **Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,**<br><br>  Plaintiffs - Appellants,<br><br> v.<br><br>**Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,**<br><br>  Defendants - Appellees,<br><br>**Jane Does 1-30, John Does 1-30,**<br><br>  Defendants. | Case No. 24-2370<br><br>Affirmation of Service |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

1. On March 31, 2025, I filed with the United States Court of Appeals for the Second Circuit, at the Thurgood Marshall United States Courthouse, New York, New York, plaintiffs-appellants' Response to Decalration of New York City defendant-appellees, and

2. On March 31, 2025, I served plaintiff-appellants' same document to defendant-appellee

Eric M. Eisenberg via email @ ericeis@gmail.com &
ericnoise@hotmail.com , and

3. On April 1, 2025, I performed additional service by personally mailing, by United States Mail, postage paid, a copy of the same document to defendant-appellee Eric M. Eisenberg, *Pro se* at his legal address of 454 West 46th Street, Apt. 1ES New York, New York 10036-8804; and

4. On April 1, 2025, I performed additional service by personally mailing, by United States Mail, postage paid, a copy of the same document to defendant-appellee Eric M. Eisenberg, at Unit 1408, 1300 S Miami Avenue Miami, FL 33130; and

5. On March 31, 2025, I completed service on Counsel for New York City government defendants, via the Court's ACMS, to;

> David Alan Rosinus, Jr., Esq.
> Assistant Corporation Counsel
> New York City Law Department
> Appeals Division
> 100 Church Street
> New York, NY 10007

I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated: April 1, 2025        /s/ *Anthony N. Iannarelli Jr.*
                                Anthony N. Iannarelli Jr.
                                Attorney for Plaintiff-Appellants