# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-five.

Before:     Eunice C. Lee,
                *Circuit Judge.*

_____

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club, | **ORDER** |
|     Plaintiffs - Appellants, | Docket No. 24-2370 |
|   v. | |
| Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, | |
|     Defendants – Appellees. | |

_____

Appellee, proceeding *pro se*, has moved to compel Appellants to replace certain filings in this Court, which improperly included personal confidential information, with redacted versions. Appellee further seeks to compel Appellants to arrange for the removal of the improper filings from third-party websites and moves for sanctions.

The Court understands that Appellants have begun the process of correcting the improperly-filed documents. IT IS HEREBY ORDERED that, to the extent that improper filings remain in this Court's docket, Appellee's motion to compel redaction is GRANTED. Appellee's motions to compel removal of personal information from third-party websites and for sanctions are DENIED.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

