**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: July 31, 2025<br>Docket #: 24-2370<br>Short Title: Akhtar v. Aggarwala | DC Docket #: 1:23-cv-6585<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - Jessica G.L. Clarke |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8658.