S.D.N.Y. – N.Y.C.
23-cv-6585
Clarke, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-five.

Present:
>   Eunice C. Lee,
>   Beth Robinson,
>   Sarah A. L. Merriam,
>       *Circuit Judges*.

---

Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,

>   *Plaintiffs-Appellants*,

v.  24-2370

Eric Adams, Mayor of the City of New York, et al.,

>   *Defendants-Appellees*,

Jane Does 1-30, John Does 1-30,

>   *Defendants.*

---

Appellants, through counsel, move to withdraw the appeal as to Appellee Eisenberg and to partially redact their withdrawal motion. Appellee Eisenberg, proceeding pro se, moves to vacate this Court's February 7, 2025, order reinstating the appeal. After conducting its own review, this Court has determined that it lacks jurisdiction over the appeal because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

It is further ORDERED that Appellants' redaction motion is DENIED because Appellants admit that the information they seek to redact is already publicly available. *See Gambale v. Deutsche*

*Bank AG*, 377 F.3d 133, 144 (2d Cir. 2004) ("We simply do not have the power, even were we of the mind to use it if we had, to make what has thus become public private again.").

It is further ORDERED that Appellants' motion to withdraw the appeal as to Appellee Eisenberg and Appellee Eisenberg's motion to vacate the order reinstating the appeal are DENIED as moot.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court