# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand twenty-five.

---

Mohamed John Akhtar, La Buca Restaurant, Inc.,  DBA Swing 46 Jazz and Supper Club,

        Plaintiffs - Appellants,

  v.

Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,

        Defendants – Appellees.

**ORDER**

Docket No. 24-2370

---

IT IS HEREBY ORDERED that Appellants' motion for leave to file a late reply (docket entry 116) is DENIED as moot in light of the mandate issued on August 22, 2025.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court